UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL WHALEN,

                              Plaintiff,          13 Civ. 3784 (LGS)(HBP)

     -against-

CSX TRANSPORTATION, INC.,

                              Defendant.
------------------------------------------------------------------X   **NOTICE OF DAUBERT MOTION PRECLUDING A BIOMECHANICAL EXPERT**

CSX TRANSPORTATION, INC.,

                    Third-Party Plaintiff,

     -against-

HAWORTH, INC. and OFFICE ENVIRONMENTS SERVICE INC.,

                  Third-Party Defendants.

------------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | PHILIP J. DINHOFER, LLC<br>Attorneys for Plaintiff |
| DATE, TIME & PLACE OF HEARING: | Monday, January 11, 2016, or such other date as may be set by the Court, before the Hon. Henry B. Pitman, USMJ, 500 Pearl Street, New York, NY, 10007. |
| SUPPORTING PAPERS: | Memorandum of Law by PHILIP J. DINHOFER, Dated, December 18, 2015 and Exhibits. |
| RELIEF REQUESTED: | An Order precluding defendant' biomechanical engineering expert, together with an award of the plaintiff's costs and reasonable attorneys fees incurred hereby. |

| | |
|---|---|
| ANSWERING PAPERS: | If any, are to be served upon the undersigned attorneys within fourteen (14) days of the date of the filing and service of this motion by ECF. |

Dated: Rockville Centre, New York
December 18, 2015

*Philip J. Dinhofer*

By: Philip J. Dinhofer, #6940
**PHILIP J. DINHOFER, LLC**
Attorneys for Plaintiff(s)
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
516-678-3500

TO:   Lawrence R. Bailey, Jr., Esq.
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
Attorneys for Defendant CSX T
10 Bank Street, Suite 700
White Plains, NY 10606
914-949-9209
File #: 301631-00052

Richard H. Rubenstein, Esq.
WILSON, ELSER, ET AL.
Attorneys for Third-Party Defendant HAWORTH
150 E. 42nd Street
New York, NY 10017-5639
212-915-5798
File #: 08856.00003

Scott Bermack, Esq.
ROPERS, MAJESKI, KOHN & BENTLY, PC
Attorneys for Third Party Defendant OES
750 Third Ave., 25th Floor
New York, NY 10017
646-454-3266