**Shari Riemer/TypeWrite Word Processing Service**
211 N. Milton Road
Saratoga Springs, NY 12866
518-581-TYPE or 718-966-1401
Fax # 518-207-1901 or 718-967-4843

| DATE | INVOICE # | |
|---|---|---|
| 12/18/2015 | 20442 | NY |

BILL TO:

Philip J. Dinhofer, Esq. - LI
77 N Centre Avenue, St 311
Rocville Centre, NY 11570
516-678-3500

# Invoice

PREPARED BY:

| | | | | |
|---|---|---|---|---|
| JUDGE: | HB Pitman | | | |
| REMARKS: | Hourly | HEARING DATE | 12/21/2004 | |
| RE: | SDNY | | | |
| DC#: | | DATE ORDERED | 12/16/2015 | |

| CASE NAME | CASE NO. | PAGES | PER PA... | AMOUNT |
|---|---|---|---|---|
| Dine v Hertz Corp. | 03-CV-2811 | 37 | 7.98 | 295.26 |

*Email: transcripts@typewp.com*

**Total Due   $295.26**

**PAYMENT SHOULD BE MADE TO TYPEWRITE WORD PROCESSING SERVICE DIRECTLY TO THE ADDRESS ABOVE**
Pay online at: https://ipn.intuit.com/qt596s2x

Order transcripts online:
www.typewp.com