# EXHIBIT A

# In The Matter Of:

*DANIEL WHALEN*

*v.*

*CSX TRANSPORTATION, INC.*

---

## *WHALEN, DANIEL - Vol. 1*
### *January 16, 2015*

---

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DANIEL WHALEN,
          Plaintiff,

                    Civil No. 13-cv-3784
          -against-

CSX TRANSPORTATION, INC.,
          Defendant.
------------------------------------x
CSX TRANSPORTATION, INC.,
     Defendant/Third-Party Plaintiff,

     -against-

HAWORTH INC. and OFFICE ENVIRONMENTS
SERVICE, INC.,
     Third-Party Defendants.
------------------------------------x

                    January 16, 2015

                    11:49 a.m.


Videotaped Deposition of DANIEL WHALEN,

pursuant to notice, at the offices of

Wilson Elser Moskowitz Edelman & Dicker

LLP, New York, New York, before Mark

Richman, a Certified Shorthand Reporter,

Registered Professional Reporter and

Notary Public within and for the State of

New York.

DANIEL WHALEN - 1/16/2015

### Page 2

APPEARANCES:

PHILIP J. DINHOFER, LLC
Attorneys for the Plaintiff
    77 N. Centre Avenue, Suite 311
    Rockville Centre, NY 11570

BY: PHILIP J. DINHOFER, ESQ.
    (pjdllc2806@yahoo.com)

ECKERT SEAMANS CHERIN & MELLOT, LLC
Attorneys for Defendant/Third-Party
Plaintiff CSX Transportation, Inc.
    10 Bank Street, Suite 700
    White Plains, N.Y. 10606

BY: LAWRENCE R. BAILEY, Jr., ESQ.
    ALAN MURAIDEKH, ESQ.
    (lbailey@eckertseamans.com)
    (amuraidekh@eckertseamans.com)

McCARTHY & ASSOCIATES
Attorneys for Third-Party Defendant
Office Environments Service, Inc.
    One Huntington Quadrangle
    Suite 2018
    Melville, NY 11747
BY: MICHAEL D. KERN, ESQ.
    (mkern@hanover.com)

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Third-Party Defendant
Haworth, Inc.
    150 East 42nd Street
    New York, NY 10017

BY: RICHARD H. RUBENSTEIN, ESQ.
    SARA PAPASIDERO *
ALSO PRESENT:
ROBERT GIBBS, Videographer
CHRISTOPHER VAUGHAN, CSX
(*Awaiting admission)

### Page 3

    DANIEL WHALEN

    THE VIDEOGRAPHER: Good morning, everyone. This is the video operator speaking, Robert Gibbs of Merrill Legal Solutions of Los Angeles, 20750 Ventura Boulevard, suite 205, Woodland Hills, California 91364.

    Today's January 16, 2015 and the time is 11:49 AM. We are at the offices of Wilson, Elser, Moskowitz, 150 East 42nd Street, New York City, New York 10017 to take the videotaped deposition of Mr. Daniel Whalen in the matter of Daniel Whalen versus CSX Transportation Inc., et al., in the United States District Court, Southern District of New York, case number 13-civ-3784 (LGS).

    Will counsel please introduce themselves for the record.

    MR. DINHOFER: Philip Dinhofer for the plaintiff.

    MR. BAILEY: Lawrence R. Bailey, Jr. of Eckert Seamans Cherin & Mellot,

### Page 4

    DANIEL WHALEN
the attorney for defendant and third-party plaintiff CSX Transportation Inc. And also seated with me, helping me, is Allan Muraidekh, M-U-R-A-I-D-E-K-H, my associate.

    MR. DINHOFER: And the gentlemen in the back?

    MR. BAILEY: He's on the record. He doesn't speak. His attendance is noted on the transcript. He don't speak.

    MR. DINHOFER: But his attendance is noted on the transcript?

    MR. BAILEY: Yes, I gave him his name and who he is.

    MR. DINHOFER: Thank you.

    MR. RUBENSTEIN: Richard Rubenstein, Wilson Elser, for third-party defendant Haworth Inc.

    MR. KERN: Michael D. Kern from McCarthy & Associates for third-party defendant Office Environments Services.

### Page 5

    DANIEL WHALEN

    THE VIDEOGRAPHER: Thanks so much.

    Will the court reporter, Mark Richman of Merrill Legal Solutions please swear the witness.

    DANIEL WHALEN, Having been called as a witness, having been first duly sworn by the Notary Public (Mark Richman), was examined and testified as follows:

    MR. BAILEY: Let's go off the record for a moment.

    THE VIDEOGRAPHER: One moment. Time is 11:51 AM, we are now off the record. One moment. One moment. Recording has stopped.

    (Discussion was held off the record.)

    THE VIDEOGRAPHER: Time is 11:54 AM, back on the record.

    MR. BAILEY: To repeat what was said off the record, it is my understanding Mr. Dinhofer is creating his own video of this deposition and

DANIEL WHALEN - 1/16/2015

Page 6

DANIEL WHALEN

that he is also leaving the video on at all times so that conversations or words said that are off the record will be on his video.

I have officially asked Mr. Dinhofer to preserve the video because it may be an issue as being evidence at some later point in time and I have also informed Mr. Dinhofer that I wish a copy of it at my expense, assuming the cost is reasonable. And so I request it, I've requested it now on the record, I will request it again after this deposition is done by notice, appropriate notice, but I ask that it be preserved and that I be provided with -- informed of the cost of making -- of obtaining a copy of same.

Now we can go back on the record. I'm going to start, continue now with the deposition.

EXAMINATION BY MR. BAILEY:

Q. Good morning, Mr. Whalen.

Page 7

DANIEL WHALEN

A. Good morning.
Q. Mr. Whalen, have you taken any over-the-counter medication in the last 24 hours?
A. Yes.
Q. What over-the-counter medication have you taken in the last 24 hours?
A. Excedrin Migraine Strength.
Q. Have you taken any prescription medicines in the last 24 hours?
A. Yes.
Q. What prescription medicines have you taken in the last 24 hours?
A. Gavatin and Valium.
Q. And what is Gavatin prescribed for?
A. Relief of neuro pain. Well it's actually -- I don't know the entire description of what it's used for.
Q. What doctor prescribed it for you?
A. Dr. Valerie Zarcone.

Page 8

DANIEL WHALEN

Q. Now for what do you take the other medication you mentioned?
A. Which medication?
Q. I thought you said Valium?
A. Yes.
Q. You also take Valium?
A. Yes.
Q. Okay, what do you take that for?
A. I have an anxiety disorder.
Q. And how long have you had that anxiety disorder?
A. A long time.
Q. More than ten years?
A. Approximately ten years.
Q. And have you been taking Valium during that entire ten-year period?
A. No.
Q. When did you start taking Valium?
A. Approximately ten years ago.
Q. Okay, that's what I asked. Okay. And what dose of Valium do you

Page 9

DANIEL WHALEN

take?
A. The prescription is a 10 milligram tablet.
Q. And how many times a day?
A. As needed.
Q. In the last month, what's the most Valium pills you've taken in one day?
    MR. DINHOFER: By one day do you mean a 24-hour period or the daylight of the day?
    MR. BAILEY: 24-hour period.
    MR. DINHOFER: Thank you.
A. I was just issued a new prescription for an unrelated or related issue for sleeping because I was unable to sleep, so the dosage was increased.
Q. Okay.
A. So I can take more.
Q. All right.
A. To sleep.
Q. Sorry, I didn't mean to cut you off. When -- what was the prescription increased to? I thought you

3 (Pages 6 to 9)

Page 146

1  DANIEL WHALEN
2  with these dates. I remember them
3  closing down for a holiday. I think I
4  was, it was awfully quick. I don't know.
5  Middle or end of December -- of November
6  of that year.
7       MR. BAILEY: Now let's go off
8  tape, off the record. I've gotten
9  a note that there's two minutes
10  left on the tape so he has to
11  change the tape.
12       THE VIDEOGRAPHER: One moment
13  please, watch your microphones.
14  Here now marks the end of tape 2 of
15  the deposition of Mr. Daniel
16  Whalen. Time is 3:36 p.m., we're
17  now off the record. One moment.
18  Recording has stopped.
19       (A recess was had.)
20       THE VIDEOGRAPHER: Here now
21  marks the beginning of tape 3 of
22  the deposition of Mr. Daniel
23  Whalen, time is 3:42 p.m., back on
24  the record.
25  Q.  How long would you -- did you

Page 147

1  DANIEL WHALEN
2  go through physical therapy in that first
3  section starting around Thanksgiving of
4  2011?
5  A.  Between eight and ten weeks,
6  is a guess.
7  Q.  And what kind of physical
8  therapy did they give you?
9  A.  They gave me electric
10 stimulus, pads to my neck, upper back and
11 then massage.
12 Q.  Had you ever been treated by
13 Dr. Krosser before your accident of
14 November 8th, 2011?
15 A.  I, I think so.
16 Q.  Do you recall if you were
17 treated back, by him back in December of
18 2000 when you had the epidural injections
19 from Dr. Choi?
20 A.  Yes. That's, that's the
21 connection, Krosser, yes, that's the
22 connection, Krosser and Choi, yes.
23 Q.  And did you see him after 2000
24 up until -- was the first time you saw
25 him again after the year 2000 and after

Page 148

1  DANIEL WHALEN
2  November 8th, 2011?
3  A.  Yes.
4  Q.  You understand what I'm
5  asking?
6  A.  Yes.
7       MR. DINHOFER: You mean was
8  there an eleven-year gap?
9  Q.  There was an eleven-year gap,
10 but did you see him in between?
11 A.  No, I did not see him in
12 between.
13 Q.  And did you see Dr. Krosser
14 again?
15 A.  Dr. Krosser was who Dr.
16 Zarcone referred me to after the accident
17 of November 8th, 2011.
18 Q.  And you told us that he sent
19 you for physical therapy?
20 A.  Correct.
21 Q.  I'm saying did you see him
22 again? Or did you only see him that one
23 time when he sent you for physical
24 therapy?
25 A.  No, this, I saw him every

Page 149

1  DANIEL WHALEN
2  three or four -- every three weeks I
3  think during the course of physical
4  therapy.
5  Q.  And after you stopped physical
6  therapy the first time, did you see him
7  again? I don't know yet if you went to
8  physical therapy again so I'm just saying
9  after that six or eight period, week
10 period of physical therapy did you ever
11 see him again?
12 A.  I stopped physical therapy and
13 went to Dr. Krosser with a complaint and
14 Dr. Krosser told me to stop going to
15 physical therapy and that they were going
16 to approach the prospect of the anterior
17 fusion.
18 Q.  And what did you tell him, to
19 your knowledge, that made him stop the
20 physical therapy?
21 A.  When I was in physical therapy
22 they would put these electric stimulator
23 pads on my neck and during the course of
24 that stimulation my left arm would go
25 into spasm, uncontrollable spasms and it

Page 150

1   DANIEL WHALEN
2   continued. And the last day that I went
3   to physical therapy and it happened it
4   was so bad that I just went to
5   Dr. Krosser and explained to him, I said
6   this is what, this is what's going on and
7   then he said stop going to physical
8   therapy.
9       Q.   Now, after you saw him and he
10  said we're going to look at the anterior
11  thing, what happened next in terms of
12  your medical treatment?
13      A.   He sent me to a Dr. Abrams.
14      Q.   And what kind of doctor was
15  he?
16      A.   I believe he's a surgical
17  neurologist.
18      Q.   Okay.
19      A.   Is that, is there such a
20  thing?
21           MR. DINHOFER: Put it the
22  other way around, say neurosurgeon.
23      A.   Neuro.
24           MR. DINHOFER: That's okay,
25  same intent.

Page 151

1   DANIEL WHALEN
2       A.   Thank you, Phil. I was close,
3   I was in the ball park.
4       Q.   And did he perform some sort
5   of surgery on you?
6       A.   Both Dr. Krosser and Dr.
7   Abrams agreed to do an anterior cervical
8   fusion.
9       Q.   And when did you undergo that
10  procedure?
11      A.   That was in April 2012.
12      Q.   And what were your complaints
13  when you went to the hospital to have
14  that surgery? What did you report to the
15  hospital as your complaints when you went
16  to the hospital to have that surgery?
17      A.   I didn't report any complaints
18  to the hospital.
19      Q.   They didn't ask you what your
20  complaints are, some doctor or nurse at
21  the hospital?
22      A.   They said what are you here
23  for? I said I'm here for a cervical
24  fusion, anterior cervical fusion. They
25  looked at my chart. What's your name?

Page 152

1   DANIEL WHALEN
2   What's your age? When's your birthday?
3   Okay, into the room you go.
4       Q.   Just so we're clear, no doctor
5   or nurse asked you, from when you arrived
6   at the hospital until you went under the
7   anesthesia, what your complaints are?
8       A.   No.
9       Q.   Okay. And how long were you
10  hospitalized for that surgery?
11      A.   Just overnight. One day,
12  spent the night, the next morning I was
13  released.
14      Q.   And what complaints did you
15  have when you were released the next
16  morning?
17      A.   None.
18      Q.   Now, when is the next time you
19  saw a doctor, whether or not it was
20  Abrams, whether or not it was Krosser,
21  after you were released from the hospital
22  in April of 2012?
23      A.   Some time in December of 2012.
24      Q.   Did you undergo any physical
25  therapy between the surgery and December

Page 153

1   DANIEL WHALEN
2   of 2012?
3       A.   No.
4       Q.   And then what was the next --
5   who did you see in December of 2012?
6       A.   A Dr. Richard Radner.
7       Q.   And why did you go to see him?
8       A.   Because I had a friend who had
9   basically, was in basically the same
10  situation as I was and recommended Dr.
11  Radner and said that they had had surgery
12  with him and he fixed him.
13      Q.   Now let me stop for a moment
14  and take a step back.
15           You did not go to work on
16  November 9th, 2011, correct? The next
17  day after the accident?
18      A.   No, no.
19      Q.   When did you return to work
20  after November 8th, 2011?
21      A.   The end of July of that year.
22      Q.   Of 2012?
23      A.   Yes.
24      Q.   And when you went back to
25  work, what complaints did you have, if

Page 154

```
 1         DANIEL WHALEN
 2   any?
 3       A.   I had --
 4       Q.   With reference to your neck?
 5       A.   I had no complaints whatsoever.
 6       Q.   And then what happened, when
 7   did you start having more complaints --
 8   start having complaints after you went
 9   back to work?
10       A.   Approximately two months after
11   I had been working, approximately.
12       Q.   All right. And what were the
13   complaints?
14       A.   Just a renewal of, of the pain
15   that I had originally. It was coming
16   back.
17       Q.   And that was in the neck?
18       A.   It was in the neck, shoulder.
19       Q.   Which shoulder?
20       A.   I believe this time I was
21   having problem with my left shoulder, if
22   I'm not mistaken.
23       Q.   And any other complaints at
24   that point in time?
25       A.   There could have been a myriad
```

Page 155

```
 1         DANIEL WHALEN
 2   of complaints, headaches, shoulder aches.
 3   It just -- it all seemed to go together.
 4   It was one conglomerate of, of pain,
 5   headaches, neck aches, shoulder, shoulder
 6   pain.
 7       Q.   Now, did there come a time
 8   when you stopped working again?
 9       A.   Yes.
10       Q.   When did you stop working
11   after you went back to work in July of
12   2012?
13       A.   It was in January of 2014, the
14   beginning. I can't give you a date. The
15   beginning of January of 2013.
16       Q.   That's what I thought.
17            MR. DINHOFER: You said '14
18       the first time but you corrected
19       yourself. That happens when the
20       year changes. We get all confused
21       by that.
22       Q.   Now, why did you stop working?
23       A.   The advice I had, seeing this
24   Dr. Radner and he sent me, he examined
25   he, he sent me for tests, he got the
```

Page 156

```
 1         DANIEL WHALEN
 2   results of the tests and he said you
 3   can't, you can't do your job any more.
 4   You -- according to his CAT scan or MRI,
 5   whatever he took, he said you just, you
 6   have to stop working at your job.
 7            MR. BAILEY: Mark this as the
 8       next exhibit.
 9            (Defendant's Exhibit N
10       for identification, Bates stamp RRB
11       1-042.)
12       Q.   Sir, I'm going to show you
13   what's marked as Defendant's Exhibit N
14   for identification which purports to be
15   an email from a Craig Keen to New York,
16   it has Bates stamp RRB 1-042, and it was
17   given to me by your attorney.
18            MR. RUBENSTEIN: What was M?
19            MR. KERN: It was the other
20       photo. No, I'm sorry, it was the
21       other statement, it was Kirschner's
22       statement.
23            MR. RUBENSTEIN: Thank you.
24            MR. DINHOFER: For the record
25       just with regard to the document,
```

Page 157

```
 1         DANIEL WHALEN
 2   note my objection to references to
 3   collateral sources that are
 4   contained within the document and
 5   as to its possible admissibility
 6   for any use at trial for any
 7   purpose, given the nature of the
 8   document having to deal with a
 9   collateral proceeding that is
10   otherwise inadmissible.
11            MR. BAILEY: Disagree for the
12       record.
13            MR. DINHOFER: Yes, that's
14       okay, I know you would. When have
15       we ever agreed? On the music.
16            MR. BAILEY: Question is not
17       going to be that long on this,
18       guys.
19            MR. DINHOFER: He's got to
20       look at it next. Read it
21       carefully.
22       Q.   The question is going to be,
23   take a look at the document --
24            MR. DINHOFER: Listen to his
25       question. You want to ask the
```

Page 198

1  DANIEL WHALEN
2  Q. Well, it would be better if
   you could just explain it.
4      MR. DINHOFER: Would you like
   the document to refresh your
   recollection while you testify?
7  A. Well, it's just a lot. It's a
   lot of information. Do you want me to go
   through the entire?
10 Q. Well what I'm basically trying
   to get at, is it a strenuous job?
12 A. Yes, it is.
13 Q. Is it physically demanding?
14 A. Yes, it is.
15 Q. Do you have to do heavy
   lifting?
17 A. Yes.
18 Q. What kind of heavy lifting do
   you have to do?
20 A. Everything is heavy,
   everything is. There's no light tools,
   there's no light ladders. It's all
   heavy.
24 Q. And what is the heaviest
   object you would have to carry during the

Page 199

1  DANIEL WHALEN
2  course of your job duties?
3  A. The heaviest object I would
   have to carry during the course of my job
   would be a device called a rerailer.
   Takes two people to carry it.
7  Q. How heavy was that?
8  A. You know what, 200 pounds.
9  Q. How often would you have to
   carry that?
11 A. Any time there was a
   derailment.
13 Q. And how often -- well --
14 A. Well, come on.
15 Q. Wouldn't be too often?
16 A. Well actually you'd be
   surprised. My point was you never know.
   You might have three in a row, you might
   have weeks without one.
20 Q. Okay. Other than during the
   derailment, what was the heaviest object
   you would carry like on a regular basis?
23 A. We pick up locks, chains, come
   alongs, bars, brake beams, springs,
   knuckles, knuckle components, ladders,

Page 200

1  DANIEL WHALEN
2  tools, hooks.
3  Q. Is it fair to say that
   generally those things weighed between 50
   and a hundred pounds?
6  A. I'd say no, not quite that
   high, but 50 pounds it would, it would
   not -- it wouldn't -- it wouldn't be out
   of the ordinary to say something weighed
   50 pounds.
11 Q. Okay. Fair enough. Prior to
   your employment with the railroads, did
   you work anywhere else?
14 A. Yeah, I had a lot of jobs.
15 Q. Okay. What kind of jobs did
   you have?
17 A. I drove a taxicab. I did
   roofing. I did carpentry work. I built
   kitchen, kitchen cabinets. Carpenter's
   apprentice. I drove heavy equipment,
   heavy equipment operator. What else did
   I do?
23 Q. During the course of those
   employments, did you have to do heavy
   lifting?

Page 201

1  DANIEL WHALEN
2  A. Oh, yeah.
3  Q. What kind of heavy lifting did
   you have to do?
5  A. Roofing is carrying shingles
   up on the roofs.
7  Q. And how heavy were the
   shingles?
9  A. I think they were 60 pounds a
   bundle.
11 Q. And what about as a truck
   driver, did you have to load and unload
   the trucks yourself or did someone do
   that for you?
15 A. I was never really involved
   with -- anything that we had to load on
   to the truck normally was loaded on with
   a crane and I was the crane operator, so
   wouldn't be involved in the actual
   lifting.
21 Q. Okay. Prior to the year 2000,
   procedure that you had on your cervical
   region, had you had any other injuries to
   the cervical region prior to 2000?
25 A. I had no surgery in 2000.

Page 202

1  DANIEL WHALEN
2  Q. You had an epidural I think we
3  established?
4      MR. DINHOFER: He's calling
5  the shot a procedure.
6  A. Oh, oh. Like I told the
7  lawyer, at times in my life I had muscle
8  spasms on the right side of my neck. The
9  dates I can't tell you. But they were
10 muscle spasms and they were controlled by
11 cyclobenzaprine. They went away.
12 Q. Prior --
13 A. I could sleep in an air
14 conditioned room, if the air, the cold
15 air blew on my neck the muscle would
16 tighten up and it would stay there for
17 three or four days unless I had
18 cyclobenzaprine. Then it would go away.
19 Q. Prior to 2000, had you ever
20 had any kind of job-related accident or
21 any other accident in which you injured
22 the cervical region of your neck?
23 A. No.
24 Q. Prior to 2000 had you ever
25 been in any kind of car accident?

Page 203

1  DANIEL WHALEN
2  A. No.
3  Q. Since 2000 have you been in
4  any car accident?
5  A. No.
6  Q. In February of 1984 while
7  working for CSX, were you struck by a
8  hose and had back injuries at that time?
9  A. I think it was a chain.
10 Q. Actually that was later.
11 A. A hose?
12 Q. Yes. February '84 struck by a
13 hose, do you recall that? Injuries to
14 your back?
15 A. No.
16 Q. You don't recall that. In
17 June of '85 did you strain your back
18 while pulling a chain hoist?
19 A. Yes.
20 Q. On a pickup truck?
21 A. Yes.
22 Q. And that was a back injury?
23 A. Yes.
24     MR. DINHOFER: When you say
25 back, you mean lumbar, right?

Page 204

1  DANIEL WHALEN
2      MR. RUBENSTEIN: Yes.
3      MR. DINHOFER: Okay, not
4  cervical.
5  Q. In August of '85 did you see a
6  Dr. Robert Booth?
7  A. I have no recollection --
8  recollection of a Dr. Booth.
9  Q. Does Nyack Orthopedic and
10 Sports Medicine ring a bell?
11 A. What is it?
12 Q. Nyack Orthopedics and Sports
13 Medicine. Sorry, it was October 1st,
14 1990.
15 A. Nyack?
16 Q. Yes.
17 A. No.
18 Q. Robert booth, MD?
19 A. No.
20 Q. Do you remember ever seeing a
21 Dr. Fenton?
22 A. Yes.
23 Q. Okay. Did you tell Dr. Fenton
24 that you had injury to your back from
25 playing tennis in August of 1985?

Page 205

1  DANIEL WHALEN
2  A. Yes.
3  Q. Do you recall telling Dr.
4  Fenton that in October of 1985 you again
5  had pain in your back from playing
6  tennis?
7  A. No.
8  Q. The incident with the knuckle
9  in December of 1986, do you remember
10 telling the doctors that you felt a snap
11 in your lower back?
12 A. No. I remember climbing up a
13 ladder on a locomotive and feeling a
14 snap, but I don't remember when it --
15 that was several hours later. I don't
16 remember, I don't remember that at the
17 time of the incident.
18 Q. You don't remember telling any
19 of your doctors that you felt a snap in
20 your back?
21 A. I remember, I just told you, I
22 remember the pain when I tried to climb
23 up a locomotive, the ladder of a
24 locomotive later that night.
25 Q. Did you ever tell any of your

Page 278

1  DANIEL WHALEN
2  I do not know. I can't answer that
3  question. I'm trying to answer the
4  question but I can't.
5      Q.  Did any doctor, any doctor or
6  healthcare provider ever give you the
7  results of any of those MRIs or CAT scans
8  or whatever they were?
9      A.  Yeah, I had lots of them.
10     Q.  What did they tell you, what
11 did they tell you the results were?
12     A.  I had all kinds of different
13 results, herniated disks, impingement, I
14 don't know, list of, there's pages of
15 stuff.
16     Q.  Now earlier you mentioned Dr.
17 Radner did a surgical procedure on you;
18 is that correct?
19     A.  No.
20     Q.  Dr. Radner never did surgery?
21     A.  No.
22     Q.  Just so the record is clear,
23 how many surgical procedures have you had
24 on your neck, and I'm not counting
25 injections, I'm just talking surgery,

Page 279

1  DANIEL WHALEN
2  since this accident?
3      A.  Two.
4      Q.  Who did the second surgery?
5      A.  Andrew, Dr. Andrew Casden.
6      Q.  When was -- and when was the
7  second surgery done?
8      A.  End of April of this year.
9          MR. DINHOFER: Last year.
10 This is a new year.
11         THE WITNESS: Yes, yes.
12     Q.  2014, that's all right.
13         MR. DINHOFER: There hasn't
14 been an April of this year so it's
15 obvious.
16         MR. KERN: Exactly.
17     Q.  What did that surgery involve,
18 to the best of your recollection, I know
19 you're not a doctor.
20     A.  She fused 4, 5, 6 and 7. 2,
21 4, 6, 8, 10, 12.
22     Q.  To your understanding what was
23 fused during the first surgery, same
24 disks or different?
25     A.  First surgery was anterior, I

Page 280

1  DANIEL WHALEN
2  believe they fused 3 and 4.
3      Q.  As you sit here today, do you
4  have any further surgeries scheduled for
5  your cervical spine?
6      A.  No.
7      Q.  As you sit here today, do you
8  anticipate -- do you want to schedule any
9  further surgeries for your cervical
10 spine?
11     A.  Do I want?
12     Q.  Do you feel --
13     A.  No, I don't want anybody
14 cutting into my neck again, believe me.
15     Q.  Do you feel you need any --
16     A.  Twice is enough.
17     Q.  Do you feel that you need any
18 further surgeries on your cervical spine
19 as you sit here today?
20     A.  I am having some sort of
21 cerebral problems. I don't know, they
22 don't know, if it's related to my spine
23 because the pain emanates, emanates from
24 my cervical, the cervical area of my
25 spine.

Page 281

1  DANIEL WHALEN
2      Q.  Now you say cerebral problems.
3  What do you mean by that?
4      A.  Extreme headaches.
5      Q.  And how long have you had
6  those extreme headaches?
7      A.  They've been going on since
8  surgery.
9      Q.  The first surgery or the
10 second one?
11     A.  Second one.
12     Q.  And who have you treated with,
13 if anyone, for those extreme headaches?
14     A.  Well, we were treating with
15 the physical therapy in the hopes that
16 that would make them go away.
17     Q.  When did you do physical
18 therapy after the second surgery?
19     A.  I think they waited two months
20 until I started physical therapy.
21         MR. DINHOFER: Mike, just so
22 you're clear when Larry questioned
23 him about it he also said he's
24 treating with Dr. Zarcone.
25     Q.  How long did you -- how long