# EXHIBIT C

**Initial report of personal injury**

1. To: Utica Dispatcher's Office
   Date reported: 2/20/84
2. Place accident occurred: Tarrytown — Chevy Yard
   Date of accident: 2/20/84
   Time of accident: 6:38
   Married ☒  Single ☐
3. Time reported: 11:15
4. Name & employee no. of injured: Daniel Whelen  105545
   Hour tour of duty began: 4:00
   Home terminal of injured: Croton West, NY
5. Occupation: Car Inspector
   Date entered service: 5/30/80
   Social Security no.: [redacted]
6. Age & birth date: 28  10/19/55
   Telephone no.: 914-737-4470
7. Home address: 46 Croton Ave., Peekskill, NY 10566
8. Nature & extent of injury: Pain in chest and lower back
9. Circumstances: While disconnecting air hose on train, employee was struck in chest by hose and knocked to ground. Refused medical att. Completed tour of duty.
10. Name of medical facility: NONE
11. Name of attending doctor:
12. Will attending Doctor agree to restricted duty? ☐ Yes ☐ No
13. If not now, at a later date? ☐ Yes ☐ No
14. No. of days off estimated by Doctor:
15. Actual days off prior to restricted duty:
16. Name & title of immediate supervisor in charge at point of accident: R.E. Goldberg  TM