# EXHIBIT E

HUDSON VALLEY HOSPITAL CENTER
1980 CROMPOND ROAD
CORTLANDT MANOR, NY 10567
TUE DEC 20, 2011 03:20 pm

WHALEN, DANIEL A
DOB: 10/19/1955
MRN#: 00002442

Male
Admit Age: 56 Years
FIN: 000000422597

Location: ED
Type: Emergency
Service: Emergency Medicine

Room/Bed:  /
Reg Date/Time: TUE NOV 08, 2011 10:12 am
Client: HUDSON VALLEY HOSPITAL CENTER

_____PHYSICIAN/DIAGNOSIS INFORMATION_____

Admitting:
Admit Reason: NECK INJURY

Attending: Geller, Barry
Diagnosis: 723.1   CERVICALGIA

Primary: Zarcone DO, Valerie J

_____PATIENT INFORMATION_____

Mailing Address: PO Box 284
City, State, Zip: Putnam Valley, NY 105790284
Home Phone: (845) 528-4708

Address 2:
County: Putnam
Cell Phone:

Home Address: 411 Peekskill Hollow Rd
City, State, Zip: Putnam Valley, NY 105792702

Address 2:
County: Putnam                Phone:

Employer: CSX TRANSPORTATION
Emp Phone:
MS: M

Occupation: CARMAN                Status: Full-Time
Preferred Method of Contact: Home Phone
R: W

_____CONTACT INFORMATION_____

EMC: WHALEN, MARION
Home Phone: (845) 528-4708

Patient's Relation to EMC: Spouse
Cell Phone:

_____GUARANTOR INFORMATION_____

Guarantor: WHALEN, DANIEL A
Address: PO Box 284
City, State, Zip: Putnam Valley, NY 105790284
Home Phone: (845) 528-4708

DOB: 10/19/1955
Address 2:
County: Putnam
Cell Phone:

Pt's Rel to Guar: Self

Employer: CSX TRANSPORTATION
Emp Phone:

Occupation: CARMAN                Status: Full-Time
Preferred Method of Contact:

_____INSURANCE INFORMATION_____

INS#1: AETNA POS
Insured: WHALEN, DANIEL
Insured's DOB: 10/19/1955
Employer: CSX TRANSPORTATION

Policy#: W02484401201
Patient's Reltn to Insured: Self
Insured's Sex: Male
Occupation: CARMAN

Group#: 069900001000049

Insured's Status: Full-Time

INS#2:
Insured:
Insured's DOB:
Employer:

Policy#:
Patient's Reltn to Insured:
Insured's Sex:
Occupation:

Group#:

Insured's Status:

INS#3:
Insured:
Insured's DOB:
Employer:

Policy#:
Patient's Reltn to Insured:
Insured's Sex:
Occupation:

Group#:

Insured's Status:

_____MISCELLANEOUS_____

Patient Included in Facility Directory? Yes                Reg Clerk: JESSICA K
Comments: 11/08/2011 11:16:15   Comment by: KILPATRICK, JESSICA   Patient was injured on the job 11/08/2011

PC:

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

## Coding Summary

**Document Name:** Coding Note
**Document Status:** Transcribed
**Performed By:**
**Authenticated By:**

CODING DATE: 11/10/2011          FINAL
HUDSON VALLEY HOSPITAL CENTER

ADMIT DX:
723.1   CERVICALGIA

REASON FOR VISIT DX:

FINAL DX:
PRINCIPAL:
847.0   NECK SPRAIN

SECONDARY:
E884.2   Accidental fall from chair
E849.9   ACCIDENTS OCCURRING IN UNSPECIFIED PLACE
E030     Unspecified Activities
E000.9   Unspecified External Cause Status
723.1    CERVICALGIA

              PYMT
PROC  APC  STAT DESCRIPTION          DOCTOR NAME         DATE
99.29        Injection or infusion of  Mailly MD, Douglas  11/08/2011
             other therapeutic or
             prophylactic substance

NOTE: The code number assigned matches the documented diagnosis and / or procedure in the patient's chart. However, the narrative phrase printed from the coding software may appear abbreviated, or result in slightly different terminology.

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

Patient: WHALEN, DANIEL A
MRN: 00002442
FIN: 000000422597
DOB: 10/19/1955  Age: 56 years  Sex: Male

Admit Date: 11/08/2011
Location: ED
Admitting Physician:

Disch. Date: 11/08/2011

## Coding Summary

**Document Name:** Coding Note
**Document Status:** Transcribed
**Performed By:**
**Authenticated By:**

Coded By: COHEN, KATHRYN
Date Saved: 11/10/2011 11:08 AM

## Emergency Documentation

**Document Name:** ED Note-Nursing
**Document Status:** Auth (Verified)
**Performed By:** BALC RN,BETH  11/08/2011 12:22 EST
**Authenticated By:** BALC RN,BETH  11/08/2011 12:22 EST

ED Vital Signs and Pain Entered On: 11/08/2011 12:22 EST
                   Performed On: 11/08/2011 12:22 EST by BALC RN,BETH

**Primary Pain**
*Primary Pain Location:* Neck
*0-10 Pain Scale:* Yes
*Primary Pain Intensity:* 4

BALC RN,BETH - 11/08/2011 12:22 EST

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955  **Age:** 56 years  **Sex:** Male
**Admit Date:** 11/08/2011   **Disch. Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

## Emergency Documentation

**Document Name:** ED Note-Nursing
**Document Status:** Auth (Verified)
**Performed By:** BALC RN, BETH   11/08/2011 11:07 EST
**Authenticated By:** BALC RN, BETH   11/08/2011 11:07 EST

ED Fast Track Form Entered On: 11/08/2011 11:07 EST
Performed On: 11/08/2011 11:07 EST by BALC RN, BETH

**Well Patient General Medicine**
*Orthopedic :* Orthopedic

BALC RN, BETH - 11/08/2011 11:07 EST

**Musculoskeletal**
Musculoskeletal Joint Assessment Grid

| Location : | Cervical spine |
|---|---|
| Assessment : | No abnormalities |
| Range of Motion : | Limited motion, active |
| | BALC RN, BETH - 11/08/2011 11:07 EST |

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

## Emergency Documentation

**Document Name:** ED Patient Education Note
**Document Status:** Auth (Verified)
**Performed By:** BALC RN,BETH   11/08/2011 12:24 EST
**Authenticated By:** BALC RN,BETH   11/08/2011 12:24 EST

ED Patient Education Note



**Hudson Valley Hospital Center**
**Emergency Department**
**1980 Crompond Road**
**Cortlandt manor, New York 10567**
**(914) 734-3300**

me: DANIEL WHALEN
)B: 10/19/55

**Current Date:** 11/08/11 12:24:25
**MRN:** 00002442

**FIN:** 000000422597

;it Date: 11/08/11 10:12:00
dress: PO Box 284 Putnam Valley  105790284
one: (845) 528-4708

mary Care Provider:
ame: Zarcone DO, Valerie J, Physician CPOE
hone: (845) 528-1898

lergency Department Care Providers:
rimary Physician:

dson Valley Hospital Center would like to thank you for allowing us to assist you with your healthcare needs. The following
ludes patient education materials and information regarding your injury/illness (the list below only includes Cerner materials,
ǝ paperchart for EDIM materials).

**Follow-up Instructions**
DANIEL WHALEN has been given these follow-up instructions:
No follow up information was provided.

tient Education Materials Follows

| LEGEND: | *=Abnormal | C=Critical | #=Interp Data | (c)=Corrected | L=Low | H=High | R=Ref Lab | *=Footnote |
|---|---|---|---|---|---|---|---|---|
| Patient Name: WHALEN, DANIEL A | | | | Print Date/Time: 12/20/2011 15:21 | | | | |
| Chart Request ID: 7637981 | | | | Page 4 of 18 | | | | |

## Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011        **Disch. Date:** 11/08/2011
**Location:**          ED
**Admitting Physician:**

### Emergency Documentation

**Document Name:**     ED Patient Education Note
**Document Status:**   Auth (Verified)
**Performed By:**      BALC RN,BETH   11/08/2011 12:24 EST
**Authenticated By:**  BALC RN,BETH   11/08/2011 12:24 EST

instructions were provided.

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955  **Age:** 56 years  **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

## Emergency Documentation

**Document Name:** ED Patient Education Note
**Document Status:** Auth (Verified)
**Performed By:** BALC RN,BETH  11/08/2011 12:24 EST
**Authenticated By:** BALC RN,BETH  11/08/2011 12:24 EST

### tient Visit Summary:
NIEL WHALEN has been given the following list of patient education materials and follow-up instructions (the list below only ludes Cerner materials, see paperchart for EDIM materials.):

### tient Education Materials:
instructions were provided.

### llow-Up Instructions:
follow up information was provided.

)ANIEL WHALEN, have received the above patient education materials/instructions and have verbalized understanding:

_____     _____     _____     _____
tient Signature              Date              Provider Signature           Date

---

| LEGEND: | *=Abnormal | C=Critical | #=Interp Data | (c)=Corrected | L=Low | H=High | R=Ref Lab | *=Footnote |

Patient Name: WHALEN, DANIEL A
Chart Request ID: 7637981
Print Date/Time: 12/20/2011 15:21
Page 6 of 18

## Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

Patient: WHALEN, DANIEL A
MRN: 00002442
FIN: 000000422597
DOB: 10/19/1955   Age: 56 years   Sex: Male

Admit Date: 11/08/2011
Location: ED
Admitting Physician:

Disch. Date: 11/08/2011

### Emergency Documentation

Document Name:      ED Discharge Summary
Document Status:    Auth (Verified)
Performed By:       BALC RN,BETH   11/08/2011 12:24 EST
Authenticated By:   BALC RN,BETH   11/08/2011 12:24 EST

ED Discharge Summary
**Medication Reconciliation**

Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, New York 10567
(914)734-3300

### PERSON INFORMATION
Name WHALEN, DANIEL A       Age 56 Years       DOB 10/19/1955 12:00 AM
Comment:

### PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| BALC RN,BETH | ED Nurse | 11/08/2011 10:29 AM | |

### MEDICAL INFORMATION
Allergy Info:
  NKDA

The following is a list of all home medications in addition to any new prescriptions you have been given. Unless otherwise indicated below, please resume all current home medications and fill any new prescriptions.

**Exception:**

LEGEND:  *=Abnormal   C=Critical   #=Interp Data   (c)=Corrected   L=Low   H=High   R=Ref Lab   *=Footnote
Patient Name: WHALEN, DANIEL A
Chart Request ID: 7637981
Print Date/Time: 12/20/2011 15:21
Page 7 of 18

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A  
**MRN:** 00002442  
**FIN:** 000000422597  
**DOB:** 10/19/1955  **Age:** 56 years  **Sex:** Male

**Admit Date:** 11/08/2011  
**Location:** ED  
**Admitting Physician:**  
**Disch. Date:** 11/08/2011

## Triage Forms

**Document Name:** ED Triage - Adult - Text  
**Document Status:** Auth (Verified)  
**Performed By:** RIVERA RN, GLENDA A   11/08/2011 10:21 EST  
**Authenticated By:** RIVERA RN, GLENDA A   11/08/2011 10:21 EST

ED Triage Adult Entered On: 11/08/2011 10:25 EST  
Performed On: 11/08/2011 10:21 EST by RIVERA RN, GLENDA A

### Triage
**DCP GENERIC CODE**  
*Tracking Group:* ED Tracking Group

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

*Chief Complaint:* C/O NECK PAIN. I CRACK IT THIS AM WHEN MY CHAIR FELL BACK  
*Pain Symptoms:* Yes  
*Vital Signs Assessed:* Yes  
*ED Condensed Treatment & Assessment:* Yes

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

**Diagnoses(Active)**  
Pain

*Date:* 11/08/2011 ; *Diagnosis Type:* Reason For Visit ; *Confirmation:* Complaint of ; *Clinical Dx:* Pain ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* SNOMED CT ; *Probability:* 0 ; *Diagnosis Code:* 37361011

### Primary Pain
*Primary Pain Location:* Neck  
*Primary Pain Intensity:* 6  
*Primary Pain Time Pattern:* Acute  
*Primary Pain Quality:* Sharp  
*Primary Pain Onset:* Sudden  
*Primary Pain Aggravating Factors:* Movement

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

### Vitals/Ht/Wt
*Temperature Oral:* 98.2DegF(Converted to: 36.8DegC)  
*Peripheral Pulse Rate:* 60bpm  
*Respiratory Rate:* 18br/min  
*Systolic Blood Pressure:* 126mmHg  
*Diastolic Blood Pressure:* 86mmHg  
*SpO2:* 98%  
*Height/Length Dosing:* 177.50cm(Converted to: 5ft 10in, 5.82ft, 69.88in)  
*Weight Dosing:* 86.360kg(Converted to: 190lb 6oz, 190.391lb)

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

### Assess/Tx
*Level of Consciousness:* Alert  
*Orientation:* Oriented x 3

**LEGEND:** *=Abnormal   C=Critical   #=Interp Data   (c)=Corrected   L=Low   H=High   R=Ref Lab   *=Footnote  
Patient Name: WHALEN, DANIEL A  
Chart Request ID: 7637981  
Print Date/Time: 12/20/2011 15:21  
Page 8 of 18

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

## Triage Forms

**Document Name:** ED Triage - Adult - Text
**Document Status:** Auth (Verified)
**Performed By:** RIVERA RN,GLENDA A   11/08/2011 10:21 EST
**Authenticated By:** RIVERA RN,GLENDA A   11/08/2011 10:21 EST

*Affect/Behavior:* Appropriate

RIVERA RN,GLENDA A - 11/08/2011 10:21 EST

**Allergies**
Allergies (Active)
NKDA

*Estimated Onset Date:* Unspecified ; *Created By:* Contributor_system, MULTI; *Reaction Status:* Active ; *Category:* Medication ; *Substance:* NKDA

**Medication List**
Medication List
*No Known Home Medications*

RIVERA RN,GLENDA A - 11/08/2011 05:24:45 AM

**General**
*Languages:* English
*Domestic Concerns:* None
*Pregnancy Status:* N/A
*HIV Test Offered By Primary MD:* No
*Consent To HIV Test Here:* No

RIVERA RN,GLENDA A - 11/08/2011 10:21 EST

**Health Hx**
Previous Surgery History Grid

| Surgery Description : | Other: KIDNEY SURGERY 3 YEARS AGO |
|---|---|
| | RIVERA RN,GLENDA A - 11/08/2011 10:21 |

**LEGEND:** *=Abnormal   C=Critical   #=Interp Data   (c)=Corrected   L=Low   H=High   R=Ref Lab   *=Footnote
Patient Name: WHALEN, DANIEL A
Chart Request ID: 7637981
Print Date/Time: 12/20/2011 15:21
Page 9 of 18

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

EST

*Medical Devices:* None

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

**Advance Directive**
*Advanced Directives:* No

RIVERA RN, GLENDA A - 11/08/2011 10:21 EST

**Social Habits**
Tobacco Use Grid

| Tobacco Use : | Current |
|---|---|
| Comments | (Comment: 1/2 PPD [RIVERA RN,GLENDA A - 11/08/2011 10:21 EST] ) |
|  | RIVERA RN,GLENDA A - 11/08/2011 10:21 EST |

## Education Forms

**Document Name:** ED Education - Text
**Document Status:** Auth (Verified)
**Performed By:** BALC RN,BETH   11/08/2011 12:23 EST
**Authenticated By:** BALC RN,BETH   11/08/2011 12:23 EST

ED Education Entered On: 11/08/2011 12:23 EST
Performed On: 11/08/2011 12:23 EST by BALC RN,BETH

**Education**
ED Education Grid

| Topics : | Follow-Up appointment(s), Pain management, Positioning, When to call health care provider |
|---|---|
| Individuals Taught : | Patient |
| Barriers to Learning : | None evident |
| Teaching Method : | Explanation, Printed materials |
| Teaching | Verbalizes |

**LEGEND:** *=Abnormal  C=Critical  #=Interp Data  (c)=Corrected  L=Low  H=High  R=Ref Lab  *=Footnote
Patient Name: WHALEN, DANIEL A
Chart Request ID: 7637981
Print Date/Time: 12/20/2011 15:21
Page 10 of 18

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

| Evaluation : | understanding |
|---|---|
| Education Referral Made To : | Primary Care Physician |
| | BALC RN,BETH - 11/08/2011 12:23 EST |

## Flowsheet Documentation

| Date | 11/08/2011 | | 11/08/2011 | |
|---|---|---|---|---|
| Time | 12:22:00 PM EST | | 11:32:00 AM EST | |
| **Procedure** | | **Performed/Verified** | | **Performed/Verified** |
| Primary Pain Location | Neck | 448717 | | 448717 |
| Primary Pain Intensity | 4 | 448717 | 5 | 448717 |
| Primary Pain Intensity | | | 5 | 448717 |
| Primary Pain Intensity | | | 5 | 448717 |

| Date | 11/08/2011 | |
|---|---|---|
| Time | 10:21:00 AM EST | |
| **Procedure** | | **Performed/Verified** |
| SpO2 | 98 | 413914 |
| Systolic Blood Pressure | 126 | 413914 |
| Diastolic Blood Pressure | 86 | 413914 |
| Primary Pain Location | Neck | 413914 |
| Primary Pain Intensity | 6 | 413914 |
| Primary Pain Time Pattern | Acute | 413914 |
| Primary Pain Onset | Sudden | 413914 |
| Primary Pain Quality | Sharp | 413914 |
| Primary Pain Aggravating Factors | Movement | 413914 |
| Height/Length Dosing | 177.50 | 413914 |
| Weight Dosing | 86.360 | 413914 |
| Level of Consciousness | Alert | 413914 |
| Orientation | Oriented x 3 | 413914 |
| Affect/Behavior | Appropriate | 413914 |
| Respiratory Rate | 18 | 413914 |
| Temperature Oral | 98.2 | 413914 |
| Peripheral Pulse Rate | 60 | 413914 |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| 448717 | BALC RN,BETH | 04/25/2008 16:57 EDT | Current |
| 413914 | RIVERA RN,GLENDA A | 04/23/2008 18:08 EDT | Current |

**LEGEND:**   *=Abnormal   C=Critical   #=Interp Data   (c)=Corrected   L=Low   H=High   R=Ref Lab   *=Footnote
**Patient Name:** WHALEN, DANIEL A
**Chart Request ID:** 7637981
**Print Date/Time:** 12/20/2011  15:21
Page 11 of 18

# Hudson Valley Hospital Center
1980 Crompond Road
Cortlandt Manor, NY 10567

**Patient:** WHALEN, DANIEL A
**MRN:** 00002442
**FIN:** 000000422597
**DOB:** 10/19/1955   **Age:** 56 years   **Sex:** Male

**Admit Date:** 11/08/2011
**Location:** ED
**Admitting Physician:**

**Disch. Date:** 11/08/2011

## Procedures

| Date | Procedure | Status | Provider | Location |
|---|---|---|---|---|
| 11/08/2011 | Injection or infusion of other therapeutic or prophylactic substance | Active | | |
| 11/11/2011 | Injection or infusion of other therapeutic or prophylactic substance | Active | | |
| 01/27/2009 | Laparoscopy | Active | | |
| 01/27/2009 | Other cystoscopy | Active | | |
| 01/27/2009 | Partial nephrectomy | Active | | |
| 01/27/2009 | Ureteral catheterization | Active | | |

## Medication History