# EXHIBIT F



**MKMG**
**MOUNT KISCO MEDICAL GROUP PC**
a clinical affiliate of MASSACHUSETTS GENERAL HOSPITAL
*A Lifetime of Quality Care That's Convenient & Complete*
www.mkmg.com

DANIEL WHALEN   DOB: 10/19/1955     Patient ID#: 5933679
Healthcare Professional: BARRY I KROSSER     Date of Service: 11/16/2011

Valerie Zarcone, DO
Putnam Valley Medical Center
11 Peekskill Hollow Road
Putnam Valley, NY 10579-3200          November 16, 2011

Dear Dr. Valerie:

Daniel is seen for orthopedic evaluation. He has been having neck and right arm pain, it has been going on for a week. The patient was sitting down on a chair and the back of the chair _____ out on him. He did not really fall, but he twists his neck badly, went to Hudson Valley Hospital. They did x-rays and CT of the neck. He comes in for evaluation of neck and right arm pain. He is having some paresthesias in the arm intermittently and he states the pain is pretty severe at times. He also has a burning-type pain. He denies dropping things. Denies any bowel or bladder problems.

PAST MEDICAL HISTORY:
Negative.

PAST SURGICAL HISTORY:
None.

Patient is 5 feet 10 inches, 190 pounds. Smokes half pack per day of tobacco. Drinks alcohol occasionally. Works as a mechanic.

REVIEW OF SYSTEMS:
Patient denies constitutional, eye, ENT, respiratory, cardiovascular, GI, GU, neurological, endocrine, hematological, skin, or psychiatric symptoms unless otherwise noted.

The patient stated he has had occasional neck pain. It is on and off but nothing ongoing and nothing like this.

On exam, he is able to move the neck. It is little limited in extension and rotation to the right. He has got some mild spasm on the right, negative on the left. He has got sensation in the hand, good grip strength, good strength around the elbow. The patient stated he was having some intermittent numbness in the right arm, but it is mostly resolved. He can lift the arm. He has got good sensation, good pulses, ambulates with a normal gait.

Reflexes are normal in both upper extremities. He has got no clonus.

I reviewed his x-rays show some degenerative disease. An MRI also shows degenerative disease at C5-C6 and C6-C7 without any fracture noted.

Patient really did not have any direct trauma. He currently just twisted his neck. I think he has just inflammation. He has got some neck pain and some arm pain.

On exam, completely neurologically intact, but he is having some discomfort and intermittent paresthesias. I think it is reasonable to try him on a Medrol Dosepak. I went over risks, benefits, and alternatives. These risks included but not limited to GI problems, bone problems, hip problems, need for avascular necrosis and its consequences, mood alteration, psychosis, GI issues, and others understood.

We would like to go ahead on the Medrol because he is pretty uncomfortable. I want to see him back within 2 weeks. I am going to keep him out of work since he is a mechanic and _____ leaning over on any trucks as he does heavy lifting. He uses pain medicine as needed. He will call us if he develops any increased neurologic symptoms, or more pain, or numbness, then additional studies could be considered.

Sincerely yours,


Barry I Krosser MD
Orthopedic Surgery and Spine Surgery


BIK/OSi/197900782/ln/0
1

Electronically signed by Barry I. Krosser MD on 11/18/2011 05:40 PM