# EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

DANIEL WHALEN,

        Plaintiff,

             Civil No. 13-cv-3784(LGS)

     -against-

CSX TRANSPORTATION, INC.,

        Defendant.

------------------------------------------x

CSX TRANSPORTATION, INC.,

        Third-Party Plaintiff,

     -against-

HAWARTH INC and OFFICE ENVIRONMENTS SERVICE INC.,

        Third-Party Defendants.

------------------------------------------x

1

2
                              10 Bank Street

3                            White Plains, New York

4                            February 4, 2015

                             10:15 A.M.

5

6                    EXAMINATION BEFORE TRIAL of

7    Defendant, TIMOTHY PATRICK BRERETON, pursuant to

8    Order, before Caitrin O'Meara, a Notary Public

9    within and for the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2    A P P E A R A N C E S:
 3
          PHILIP J. DINHOFER, LLC
 4        Attorneys for Plaintiffs
              77 North Centre Avenue, Suite 311
 5            Rockville Centre, New York  11570
 6        BY: PHILIP J. DINHOFER
 7
 8
          ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
 9        Attorneys for Defendants/Third-Party Plaintiff
          CSX TRANSPORTATION
10            10 Bank Street, Suite 700
              White Plains, New York  10606
11
          BY: LAWRENCE R. BAILEY, JR
12
13
          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER,
14    LLP
          Attorneys for Third-Party Defendants
15        HAWORTH, INC.
              150 East 42nd Street
16            White Plains, New York  10017
17        BY: RICHARD H. RUBENSTEIN
          FILE # 08856.00003
18
19
          McCARTHY & ASSOCIATES
20        Attorneys for Third-Party Defendants
          OFFICE ENVIRONMENTS SERVICE INC
21            One Huntington Quadrangle, #2C18
              New York, New York  11747
22
          BY: MICHAEL D. KERN
23
24        ALSO PRESENT:  CHRIS VAUGHAN, CSX Agent
25
```

```
 1

 2                      STIPULATIONS

 3              IT IS HEREBY STIPULATED AND AGREED by

 4    and between(among) counsel for the respective

 5    parties hereto, that all rights provided by the

 6    C.P.L.R., including the right to object to any

 7    question, except as to form, or to move to strike

 8    any testimony at this(these) examination(s), are

 9    reserved, and, in addition, the failure to object

10    to any questions or to move to strike any

11    testimony at this (these) examination(s) shall

12    not be a bar or waiver to make such motion at,

13    and is reserved for the trial of this action;

14              IT IS FURTHER STIPULATED AND AGREED

15    by and between(among) counsel for the respective

16    parties hereto, that this(these) examination(s)

17    may be sworn to by the witness(es) being

18    examined, before a Notary Public other than the

19    Notary Public before whom this(these)

20    examination(s) was(were) begun; but the failure

21    to do so, or to return the original of

22    this(these) examination(s) to counsel, shall not

23    be deemed a waiver of rights provided by Rules

24    3116 and 3117 of the C.P.L.R., and shall be

25    controlled thereby;
```

```
 1

 2                 IT IS FURTHER STIPULATED AND AGREED

 3      by and between(among) counsel for the respective

 4      parties hereto, that this(these) examination(s)

 5      may be utilized for all purposes as provided by

 6      the C.P.L.R.;

 7                 IT IS FURTHER STIPULATED AND AGREED

 8      by and between(among) counsel for the respective

 9      parties hereto, that the filing and sealing of

10      the original of this(these) examination(s) shall

11      be and the same hereby are waived;

12      IT IS FURTHER STIPULATED AND AGREED by and

13      between(among) counsel for the respective parties

14      hereto, that a copy of the within examination(s)

15      shall be furnished to counsel representing the

16      witness(es) testifying, without charge.

17                      *     *     *

18

19

20

21

22

23

24

25
```

```
 1                   BRERETON

 2   TIMOTHY PATRICK BRERETON,

 3   called as a witness, having been first duly sworn

 4   by a Notary Public, was examined and testified as

 5   follows:

 6   EXAMINATION BY

 7   PHILIP J. DINHOFER

 8            Q.       What is your name?

 9            A.       Timothy Patrick Brereton.

10            Q.       What is your address?

11            A.       My address is 1 Marine View

12   Plaza, Apt 4B, Hoboken, New Jersey 07030.

13            Q.       Good morning, Mr. Brereton.

14            A.       Good morning.

15            Q.       By whom are you employed?

16            A.       CSX.

17            Q.       For how long have you been

18   employed by CSX?

19            A.       Just about 11 years.

20            Q.       When did you first hire on with

21   CSX?

22            A.       I believe it was 2003.

23            Q.       In what capacity?

24            A.       As a carman.

25            Q.       For how long did you work as a
```

```
 1                     BRERETON

 2   carman?

 3        A.      About three and a half years.

 4        Q.      Did you work at a particular

 5   location?

 6        A.      Bronx, New York.

 7        Q.      Was there a particular name for

 8   the location in the Bronx were you worked?

 9        A.      Oak Point.

10        Q.      What were your duties and

11   responsibilities as a carman?

12        A.      Carman was to inspect and repair

13   railroad freight cars in accordance with AAR, FRA

14   and CSX regulations.

15        Q.      Did there come a time three and a

16   half years later when your job changed?

17        A.      Yes, I took a position as an

18   assistant general car foreman.

19        Q.      How long did you hold that job

20   for?

21        A.      Approximately two and a half

22   years give or take.

23        Q.      What were your duties and

24   responsibilities as an assistant car foreman?

25        A.      Safety of the employees.  I was
```

```
 1                    BRERETON

 2   in charge of, making schedules, also making sure

 3   the employees performed the inspections and

 4   repair on freight cars in accordance to AAR, FRA,

 5   CSX regulations.

 6        Q.        Which employees were you in

 7   charge of?

 8        A.        Bronx when I was an assistant

 9   general foreman at Oak Point.

10        Q.        Were those the carmen that were

11   working beneath you?

12        A.        Yes.

13        Q.        Did you do this job as an

14   assistant general car foreman at Oak Point?

15        A.        Yes.

16        Q.        Any place else?

17        A.        No.

18        Q.        After that job what did you do?

19        A.        General foreman.

20        Q.        Can you tell me what the

21   difference is between the job of a general

22   foreman and assistant general foreman?

23        A.        Assistant foreman usually helps

24   the general foreman out and the general foreman

25   and helps out the senior general foreman.
```

1                    BRERETON

2         Q.         What were your responsibilities

3    as a general foreman that were any different?

4         A.         Generally the same just another

5    area.  I would be in charge of South Kearny as

6    well as the Bronx.

7         Q.         I picked up two territories

8    instead of having the one?

9         A.         Yes.

10        Q.         How far away is South Kearny from

11   Oak Point?

12        A.         4, 17 miles maybe.

13        Q.         Generally how do you travel from

14   South Kearny to Oak Point?

15        A.         Car.

16        Q.         What route do you take?

17        A.         Depends on traffic, 1 and 9, GW,

18   I take the Turnpike to the GW.

19        Q.         Invariably it involves crossing

20   the George Washington Bridge?

21        A.         Yes.

22        Q.         Is that the position you hold to

23   date is general foreman?

24        A.         Yes.

25        Q.         What's the highest level of

```
 1                     BRERETON
 2        A.        No, not that I'm aware of.
 3        Q.        At the time when Dan Whalen
 4   returned to work do you know whether or not he
 5   was given any kind of work place accommodations
 6   for any kind of disability that he may have
 7   incurred?
 8             MR. BAILEY:  Objection to form.
 9        A.        No, he wasn't.
10        Q.        Is there any kind of work place
11   accommodations that's given to carmen?
12        A.     No.
13             MR. BAILEY:  You're talking about
14   carmen doing work as a carman?
15             MR. DINHOFER:  Right.
16        Q.        Is there any kind of light duty
17   for carmen to do as carmen?
18        A.     No.
19        Q.        Prior to returning to work after
20   having been out for approximately a half year or
21   so, is it a requirement that an employee such as
22   Daniel Whalen comes back from a work related
23   injury be seen bay medical doctor employed by the
24   railroad?
25        A.        Yes.
```