# EXHIBIT H

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

Investigates and analyzes biomechanical and biomedical injuries; injury causation; and medical equipment, devices and implants.

**Assesses Injuries:** Applying physics, anatomy and physiology, assesses injuries involving:

- traumatic brain injuries and skull fractures;
- neck, back and spinal cord injuries;
- orthopedic and neurologic injuries;
- vascular ruptures;
- abdominal organs;
- heart, lungs, skin (including burns) and other organs;
- musculo-skeletal injuries including joints (i.e., shoulders, knees, ankles and elbows), soft tissues (i.e., rotator cuff, tendons and ligaments), and fracture patterns (torso, long bone, hand, foot or skull).

**Determines Cause:** Applying engineering principles, determines:

- the manner in which tissue failed; the type of loading, the direction of loading and magnitude or size of the load that caused the injury;
- if injury patterns are causally related or consistent with the hazardous condition or circumstances claimed;
- whether there was sufficient force in the right direction to cause an injury;
- the presence of pre-existing conditions and how they affect the injury;
- who and/or what action contributed to the injuries;
- what could have been done to prevent the injuries.

**Typical Personal Injury Cases Involve:**

- motor vehicle collisions;
- slips, trips and falls;
- medical malpractice or device failures;
- occupational and work place injuries;
- sports and recreational injuries.

## PROFESSIONAL EXPERIENCE

2006 to        **Robson Forensic, Inc.**
present        *Associate*
               Provide technical investigations, analysis, reports, and testimony towards the resolution of personal injury litigation involving injury analysis and causation, medical equipment, medical devices, and procedures.

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
**Biomedical Engineer / Biomechanics and Bioengineering**

| | |
|---|---|
| 2014 to present | **Messiah College, School of Science, Engineering and Health** *Adjunct Instructor in Engineering* |

| | |
|---|---|
| 2005 to present | **University of Illinois at Chicago, Department of Bioengineering** *Adjunct Professor* |

2003 to present     **Rush University Medical Center, Department of Orthopedic Surgery**

| | |
|---|---|
| *Visiting Professor* | 2007-present |
| *Assistant Director Orthopedic Biomechanics Laboratory* | 2006-2007 |
| *Assistant Professor* | 2005-2007 |
| *Instructor* | 2003-2005 |

1999 to 2003     **Rush University Medical Center, Department of Orthopedic Surgery**
*Graduate Research Assistant*

1997 to 1999     **University of Iowa, Department of Biomedical Engineering**
*Research Assistant*

1996 to 1999     **Greenleaf Orthopedic Associates**
*Intern*

## EDUCATION

Ph.D., Bioengineering, University of Illinois at Chicago, Chicago, Illinois
M.S., Bioengineering, University of Illinois at Chicago, Chicago, Illinois
B.S.E., Biomedical Engineering, University of Iowa, Iowa City, Iowa

## PROFESSIONAL MEMBERSHIPS

Orthopaedic Research Society
    New Initiatives Committee
American Society of Mechanical Engineers
    Bioengineering Technical Division
Association for the Advancement of Automotive Medicine
American Society for Testing and Materials
    F-04 Medical and Surgical Materials and Devices
    F-04.02 Orthopedic Devices
    F-04.22 Arthroplasty
    F-04.25 Spinal Devices

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

### JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

## CERTIFICATIONS

Group Fitness Instructor, American Council on Exercise, 2005-2007
Scuba Diver, YMCA
Advanced Open Water Diver, PADI

## PUBLICATIONS

2008    R.N. Natarajan, J.R. Williams, S.A. Lavender, H.S. An, G.B. Anderson. "Relationship Between Disc Injury and Manual Lifting: a Poroelastic Finite Element Model Study," *Proceedings of the Institution of Mechanical Engineers. Part H, Journal of Engineering in Medicine*, 222(2):195-207

2007    J.R. Williams, R.N. Natarajan,G.B. Andersson. "Inclusion of Regional Poroelastic Material Properties Better Predicts Biomechanical Behavior of Lumbar Discs Subjected to Dynamic Loading," *Journal of Biomechanics*. 40(9):1981-7

2006    R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Modeling Changes in Intervertebral Disc Mechanics with Degeneration," *Journal of Bone and Joint Surgery (Am)*, Suppl 2:36-40

2004    R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Recent Advancements in Analytical Modeling of Lumbar Disc Degeneration," *Spine*, 29(23): 2733-2741

2003    J.R. Williams, "Numerical Investigation of Lumbar Disc Injury Under Cyclic Loading Conditions." Doctoral Dissertation

2001    R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Finite Element Model of a Lumbar Spinal Motion Segment to Predict Circadian Variation in Stature," *Computers & Structures*, 81(8-11): p.835-842

2000    J.R. Williams, "Biomechanical Response of a Lumbar Motion Segment Under Cyclic Loading." Masters Thesis

## PAPERS PRESESENTED AT SCIENTIFIC MEETINGS

2008    Y. Otuska, H.S. An, J.R. Williams, K. Yamaguchi, R.S. Ochia, G.B. Andersson, N. Inoue. "Measurement of Three-Dimensional Lumbar Facet Joint Orientation and Area: In Vivo Analysis," *Transcripts of the 39th Annual Meeting, Scoliosis Research Society*

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
**Biomedical Engineer / Biomechanics and Bioengineering**

2007    R.N. Natarajan, **J.R. Williams**, S.A. Lavender, G.B. Andersson. "Lifting That Involves Lateral Bending of the Trunk is More Harmful to the Lumbar Disc Than That Involves Flexing or Twisting of the Trunk," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2007    R.N. Natarajan, **J.R. Williams**, G.B. Andersson. "Biomechanical Comparison Between Two Techniques Used in Modeling Annular Fiber in a Lumbar Motion Segment," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2007    Y. Otska, H.S. An, R.S. Ochia, **J.R. Williams**, G.B. Andersson, N. Inoue. "In Vivo Measurement of Lumbar Facet Surface Area," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2006    R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson, "Numerical Model to Predict the Failure Progression in a Lumbar Disc Due to Cyclic Loading," *American Society of Mechanical Engineers, Bioengineering Division*

2006    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Increase in the Water Content of Degenerated Disc Tissues Does Not Restore Mechanical Response to That of a Normal Disc," *Summer Bioengineering Conference, American Society of Mechanical Engineers Bioengineering Division*

2005    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Comparison of the Biomechanical Response of a Lumbar Motion Segment to Loading and Unloading When Loads are Applied Suddenly and at Normal Lifting Speeds," *International Society of Biomechanics Annual Meeting*

2005    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Biomechanical Response of a Lumbar Motion Segment Under Physiological Loading Condition that Includes Large Shear Loads," *Summer Bioengineering Conference, American Society of Mechanical Engineers Bioengineering Division*

2004    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Prediction of Endplate Bulging With and Without Inclusion of Physiological Swelling Pressure and Strain Dependent Permeability and Porosity," *International Mechanical Engineering Congress and R&D Expo, American Society of Mechanical Engineers*

2004    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Better Understanding of Biomechanical Response of Cadaveric Lumbar Motion Segments to Creep Loading and Unloading," *International Society for the Study of the Lumbar Spine*

# Robson Forensic
### Engineers, Architects, Scientists & Fire Investigators

**JAMIE R. WILLIAMS, PH.D.**
**Biomedical Engineer / Biomechanics and Bioengineering**

2003    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Effect of Regional Variations in Material Properties of the Disc on Circadian Variation in Stature," *Conference Proceedings, 27th Annual Meeting of the American Society of Biomechanics*

2003    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Circadian Variation in Stature," *Proceedings of the Summer Bioengineering Conference, Bioengineering Division of the American Society of Mechanical Engineers*

2003    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Influence of Lumbar Disc Fluid Content on Axial Disc Stiffness During Creep Loading and Unloading: A Poroelastic Finite Element Study Including the Effect of Strain Dependent Permeability and Soft Tissue Swelling," *International Society for the Study of the Lumbar Spine*

2003    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Change in Water Content has Greater Effect on Lumbar Disc Stiffness in Comparison to Change in Permeability," *Transactions of the 49th Annual Meeting, Orthopaedic Research Society, February,* Vol. 28

2002    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Biomechanical Response of a Lumbar Motion Segment Under Repetitive Loading Conditions," *International Society for the Study of the Lumbar Spine*

2002    **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Circadian Variation in Stature and the Effects of Spinal Loading," *Transactions of the 48th Annual Meeting, Orthopaedic Research Society, February,* Vol. 27

2001    R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson. "Effect of Lifting Speed on the Biomechanical Behavior of a Lumbar Spinal Motion Segment," *Conference Proceedings, Twenty-Fifth Annual Meeting of the American Society of Biomechanics*

2001    Raghu N. Natarajan, **Jamie R. Williams**, Gunnar B.J. Andersson. "Biomechanical Response in a Lumbar Motion Segment to Dynamic Lifting Activity," *Bioengineering Conference, ASME 2001,* Vol. 50

2001    R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson. "Effect of Frequency of Cyclic Loading on Biomechanical Characteristics of Human Lumbar Intervertebral Joints," *International Society for the Study of the Lumbar Spine, 2001*

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

## FEDERAL AND NON-FEDERAL GRANTS RECEIVED

2006 to 2011  Intervertebral Disc Degeneration and Regeneration: Biomechanical and Biochemical Aspects; Project 2: Biomechanical Effects of Repetitive Loading on the Lumbar Motion Segment, Gunnar Andersson, M.D., Ph.D., Principal Investigator, Co-Investigator, National Institutes of Health

2006 to 2011  Intervertebral Disc Degeneration and Regeneration: Biomechanical and Biochemical Aspects; Project 1: Relationship Between Disc and Facet Degeneration and Lumbar Kinematics, Nozomu Inoue, M.D., Ph.D., Principal Investigator, Co-Investigator, National Institutes of Health

2001 to 2006  Intervertebral Disc Degeneration and Regeneration: Biomechanical and Biochemical Aspects; Project 2: Relationship Between Disc Injury and Repetitive Lifting (AR 48152-02), Gunnar Andersson, M.D., Ph.D., Principal Investigator. Graduate Student, National Institutes of Health

## INDUSTRY CONTRACTS RECEIVED

2006 to 2007  Three-Dimensional Facet Kinematics in Healthy and Degenerated Discs in Lumbar Motion Segments, Co-Principal Investigator, Stryker

2006 to 2007  Endplate Microfracture Initiation of Disc Degeneration, Co-Investigator, Zimmer Spine Inc.

2006 to 2007  Biomechanical Comparison of C1-2 Posterior Fixation Techniques, Co- Investigator, Stryker

2006 to 2008  Realistic Motion and Load Input Data for Lumbar Disc Arthroplasty for the Study of Biomechanics and Wear of Artificial Discs, Co-Principal Investigator, Medtronic Sofamor Danek

## SERVICE TO A PROFESSIONAL OR GOVERNMENT ORGANIZATION

2013 to present  Orthopaedic Research Society, Reviewer

2013 to present  Journal of Forensic Biomechanics, Reviewer

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

| | |
|---|---|
| 2013 to present | International Journal of Biomedical Engineering and Technology, Reviewer |
| 2008 to present | Journal of Biomechanical Engineering, Reviewer |
| 2006 | Congressional Directed Medical Research Program, Peer Reviewed Military Panel (Trauma), Reviewer |
| 2006 to 2007 | Experimental Mechanics, Reviewer |
| 2006 | Judge, Ph.D. Paper Competition, American Society of Mechanical Engineers, Bioengineering Summer Conference, Amelia Island, FL |
| 2005 | Session Co-Chair, American Society of Mechanical Engineers, Bioengineering Summer Conference, Vail, CO |
| 2004 | Session Co-Chair, American Society of Mechanical Engineers, IMECE Anaheim, CA |
| 2003 | Session Co-Chair, American Society of Mechanical Engineers, Bioengineering Summer Conference, Key Biscayne, FL |
| 2000 | Local Organizing Committee, American Society of Biomechanics |

## INVITED LECTURES

| | |
|---|---|
| 2007 | "A Multi-Dimensional, Multi-Disciplinary Approach to Biomaterials Science, Getting To Phase I: Preclinical Trials," *Society for Biomaterials 2007 Annual Meeting and Exposition, April 2007* |
| 2006 | "Finite Element Modeling of the Lumbar Spine: A Poroelastic Model Based on Mechanical and Biochemical Parameters" Japanese Orthopaedic Association, Visiting Fellows, March 2006 |
| 2006 | "Application of Finite Element Analysis to Spine Biomechanics" Spine Biomechanics (BioE 515), Department of Bioengineering, University of Illinois at Chicago, March 2006 |
| 2005 | "Introduction to Experimental Methods Used in Biomechanics Testing Laboratory" Spine Biomechanics (BioE 515), Department of Bioengineering, University of Illinois at Chicago, Chicago, Illinois, November 2005 |

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

### JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

| | |
|---|---|
| 2005 | "Introduction to Finite Element Analysis" Spine Biomechanics (BioE 515), Department of Bioengineering, University of Illinois at Chicago, Chicago, Illinois, October 2005 |
| 2005 | "Recent Advancements in Spine Biomechanics Research" Antioch Rotary Club, Antioch, Illinois, May 2005 |
| 2003 | "Biomechanical Behavior of the Intervertebral Disc: A Numerical Model Using Mechanically and Biologically Driven Parameters" Midwest Connective Tissue Workshop, Rush University Medical Center, Chicago, Illinois, November 2003 |
| 2002 | "Numerical Investigation of Biomechanical Response of a Lumbar Motion Segment Under Repetitive Loading Conditions" Department of Orthopedic Surgery, Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois April 2002 |
| 2002 | "Biomechanical Response of a Lumbar Motion Segment Under Repetitive Loading Conditions: A Finite Element Study" Biomechanics Lab, Legacy Clinical Research and Technology Center, Portland, Oregon March 2002 |
| 2001 | "Dynamic Response of a Lumbar Motions Segment to Cyclic Loading", Department of Orthopedic Surgery, Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois April 2001 |

## HONORS

| | |
|---|---|
| 2002 | University of Illinois at Chicago: 2nd Place Sigma Xi Graduate Research Forum |
| 2001 | University of Illinois at Chicago Student Travel Award |
| 2000 | Who's Who among America's College and Universities |
| 1999 | Rush-Presbyterian-St. Luke's Medical Center: Thomas Andriacchi Endowment Scholarship Recipient |
| 1999 | University of Iowa: College of Engineering Outstanding Graduating Senior Award |
| 1995 to 1999 | Clara Abbott Foundation Educational Scholarship, Abbott Laboratories |

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

## JAMIE R. WILLIAMS, PH.D.
### Biomedical Engineer / Biomechanics and Bioengineering

## TEACHING

2015    Biomedical Engineering Design (ENGR 410), Department of Engineering, Messiah College School of Science, Engineering and Health

2014    Mechanics of Materials (ENGR 333), Department of Engineering, Messiah College School of Science, Engineering and Health

2006    Soft Tissue Biomechanics (BioE 494), Department of Bioengineering, University of Illinois at Chicago, *Developed course for undergraduate and graduate bioengineering students*

### PUBLICATION LIST
### JAMIE R. WILLIAMS, PH.D.

#### Papers in Refereed Journals

In Prep — J.R. Williams, R.M. Urban, R. S. Ochia, N. Inoue, "Modified Specimen Preparation and Testing Methods Restore Fluid In-Flow to In Vitro Intervertebral Discs," *to be submitted*

In Prep — J.R. Williams, R.N. Natarajan, G.B.J. Andersson. "Better Understanding of Biomechanical Response of Human Cadaveric Lumbar Motion Segments to Creep Loading and Unloading," *to be submitted*

2008 — R.N. Natarajan, J.R. Williams, S.A. Lavender, G.B.J. Andersson. "Relationship Between Disc Injury and Manual Lifting – A Poroelastic Finite Element Study," *Proceedings of the Institution of Mechanical Engineering Journal of Engineering in Medicine* 222(2): p.195-207

2007 — J.R. Williams, R.N. Natarajan, G.B.J. Andersson. "Inclusion of Regional Poroelastic Material Properties Better Predicts Biomechanical Behavior of Lumbar Discs Subjected to Dynamic Loading," *Journal of Biomechanics* 40(9): 1981-1987

2006 — R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Modeling Changes in Intervertebral Disc Mechanics with Degeneration," *Journal of Bone and Joint Surgery (Am)*, Suppl 2;36-40

2004 — R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Recent Advancements in Analytical Modeling of Lumbar Disc Degeneration," *Spine*, 29(23): 2733-2741

2001 — R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Finite Element Model of a Lumbar Spinal Motion Segment to Predict Circadian Variation in Stature," *Computers & Structures*, 81(8-11): p.835-842

#### Papers Presented at Scientific Meetings

2008 — Y. Otsaka, H. An, J.R. Williams, K. Yamaguchi, R.S. Ochia, G.B.J. Andersson, N. Inoue "Measurement of Three-Dimensional Lumbar Facet Joint Orientation and Area; In Vivo Analysis," *Transactions of the 39rd Annual Meeting, Scoliosis Research Society*

2007 — Y. Otsaka, H. An, R.S. Ochia, J.R. Williams, K. Yamaguchi, G.B.J. Andersson, N. Inoue "In Vivo Measurement of Three-Dimensional Facet Joint Orientation," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

## PUBLICATION LIST
## JAMIE R. WILLIAMS, PH.D.

2007   K. Yamaguchi, H. An, R.S. Ochia, **J.R. Williams**, G.B.J. Andersson, N. Inoue "Instant Axes of Rotation of the Lumbar Spine During Torsion," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2007   R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson "Biomechanical Comparison Between Two Techniques Used in Modeling Annular Fiber in a Lumbar Motion Segment," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2007   R.N. Natarajan, **J.R. Williams**, S, A. Lavender, G.B.J. Andersson "Lifting That Involves Lateral Bending of the Trunk is More Harmful to the Lumbar Disc Than That Which Involves Flexing or Twisting of the Trunk," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2007   Y. Otsaka, H. An, R.S. Ochia, **J.R. Williams**, G.B.J. Andersson, N. Inoue "In Vivo Measurement of Lumbar Facet Surface Area," *Transactions of the 53rd Annual Meeting, Orthopaedic Research Society*

2006   **J.R. Williams**, R. S. Ochia, G.B.J. Andersson, "Modified Specimen Preparation and Testing Methods Restore Fluid In-Flow to In Vitro Intervertebral Discs," *Summer Bioengineering Conference, American Society of Mechanical Engineers Bioengineering Division*

2006   R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson, "Numerical Model to Predict the Failure Progression in a Lumbar Disc Due to Cyclic Loading," *American Society of Mechanical Engineers, Bioengineering Division*

2006   **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Increase in the Water Content of Degenerated Disc Tissues Does Not Restore Mechanical Response to That of a Normal Disc," *Summer Bioengineering Conference, American Society of Mechanical Engineers Bioengineering Division*

2006   R.N. Natarajan, **J.R. Williams**, G.B.J. Andersson, "Predictions of Failure Progression in a Lumbar Disc Due to Cyclic Loading: A Finite Element Study," *International Society of Biomechanics Annual Meeting*

2005   **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Comparison of the Biomechanical Response of a Lumbar Motion Segment to Loading and Unloading When Loads are Applied Suddenly and at Normal Lifting Speeds," *International Society of Biomechanics Annual Meeting,*

2005   **J.R. Williams**, R.N. Natarajan, G.B.J. Andersson, "Comparison of the Biomechanical Response of a Lumbar Motion Segment to Loading and Unloading When Loads are Applied Suddenly and at Normal Lifting Speeds," *International Society of Biomechanics Annual Meeting*

## PUBLICATION LIST
## JAMIE R. WILLIAMS, PH.D.

2005   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Biomechanical Response of a Lumbar Motion Segment Under Physiological Loading Condition that Includes Large Shear Loads," *Summer Bioengineering Conference, American Society of Mechanical Engineers Bioengineering Division*

2005   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Lumbar Intervertebral Disc Does Not Recover From In Vitro Loading Because of Restricted Fluid Flow," *International Society for the Study of Lumbar Spine*

2005   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Disc Stiffness is Positively Correlated to Cyclic Loading Magnitude in a Healthy Disc While it is Negatively Correlated in a Degenerated Disc," *Transactions of the 51st Annual Meeting, Orthopaedic Research Society*

2004   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Prediction of Endplate Bulging With and Without Inclusion of Physiological Swelling Pressure and Strain Dependent Permeability and Porosity," *International Mechanical Engineering Congress and R&D Expo, American Society of Mechanical Engineers*

2004   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Better Understanding of Biomechanical Response of Cadaveric Lumbar Motion Segments to Creep Loading and Unloading," *International Society for the Study of the Lumbar Spine*

2004   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Inclusion of Regional Variations in the Poroelastic Material Properties of the Lumbar Disc Better Predicts the Change in Disc Height During Both Long Term and Short Term Loadings," *Transactions of the 50th Annual Meeting, Orthopaedic Research Society, February*, Vol. 29

2003   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Effect of Regional Variations in Material Properties of the Disc on Circadian Variation in Stature," *Conference Proceedings, 27th Annual Meeting of the American Society of Biomechanics*

2003   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Circadian Variation in Stature," *Proceedings of the Summer Bioengineering Conference, Bioengineering Division of the American Society of Mechanical Engineers*

2003   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Influence of Lumbar Disc Fluid Content on Axial Disc Stiffness During Creep Loading and Unloading: A Poroelastic Finite Element Study Including the Effect of Strain Dependent Permeability and Soft Tissue Swelling," *International Society for the Study of the Lumbar Spine*

**PUBLICATION LIST**
**JAMIE R. WILLIAMS, PH.D.**

2003   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Change in Water Content has Greater Effect on Lumbar Disc Stiffness in Comparison to Change in Permeability," *Transactions of the 49th Annual Meeting, Orthopaedic Research Society, February,* Vol. 28

2002   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Biomechanical Response of a Lumbar Motion Segment Under Repetitive Loading Conditions," *International Society for the Study of the Lumbar Spine*

2002   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Numerical Investigation of Circadian Variation in Stature and the Effects of Spinal Loading," *Transactions of the 48th Annual Meeting, Orthopaedic Research Society, February,* Vol. 27

2001   R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Effect of Lifting Speed on the Biomechanical Behavior of a Lumbar Spinal Motion Segment," *Conference Proceedings, Twenty-Fifth Annual Meeting of the American Society of Biomechanics*

2001   Raghu N. Natarajan, Jamie R. Williams, Gunnar B.J. Andersson. "Effect of Frequency of Cyclic Loading on Biomechanical Properties of Lumbar Intervertebral Joints," *Advances in Bioengineering, ASME 2001,* Vol. 51

2001   Raghu N. Natarajan, Jamie R. Williams, Gunnar B.J. Andersson. "Biomechanical Response in a Lumbar Motion Segment to Dynamic Lifting Activity," *Bioengineering Conference, ASME 2001,* Vol. 50

2001   R.N. Natarajan, J.R. Williams, G.B.J. Andersson. "Effect of Frequency of Cyclic Loading on Biomechanical Characteristics of Human Lumbar Intervertebral Joints," *International Society for the Study of the Lumbar Spine, 2001*

2001   J.R. Williams, R.N. Natarajan, G.B.J. Andersson, "Dynamic Response of a Lumbar Motion Segment to Various Rates of Loading," *Transactions of the 47th Annual Meeting, Orthopaedic Research Society, February 2001,* Vol. 26

2000   Jamie L. Ryan, Raghu N. Natarajan, G.B.J. Andersson, "Relationship between Rate of Loading and Dynamic Response Including Failure Initiation in a Lumbar Motion Segment," *Conference Proceedings, Twenty-Fourth Annual Meeting of the American Society of Biomechanics, 2000.*

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

Scott Ayre vs. Ritz Camera Centers Inc. and Earth Ocean Sports Inc.
Superior Court, Cumberland County Maine
Philadelphia, PA
05NE0154 - Plaintiff-Civil-depo

John Seals vs. County of Morris et al.
Superior Court of New Jersey Law Division Morris County
Morristown, NJ
06JN0151 -- Defense-Civil-depo

State and County Mutual Fire Insurance Company vs. William Prentice Young
United States District Court for the Northern District of West Virginia at Martinsburg
Morgantown, WV
07WV0008 -- Plaintiff-Civil-depo

Edward Brooks vs. II Stanley Co., inc. and Manpower of Lansing Michigan, Inc.
State of Michigan in the Circuit Court for the County of Calhoun, 37th Judicial Court
Harrisburg, PA
06MY0061 -- Defense-Civil-depo

Tony M. Mastromatteo and Stella Munoz-Rodriguez vs. Cory A. Wiland
Summit County Common Pleas Court
Akron, OH
06BE0196 -- Plaintiff-Civil-trial

John W. Glowacki vs. Fulmer Helmets Inc.
United States District Court for the District of New Jersey
Vineland, NJ
02JS0144 -- Plaintiff-Civil-depo

Raymond Wood and Joyce Wood vs. Richard Green and Automotive Rentals Inc. et al.
Superior Court of New Jersey Law Division -- Gloucester County
Woodbury, NJ
04JS0191 -- Defense-Civil-arbitration

Estate of Greer F. Henderson, Barbra E. Henderson, Kathleen E. Mastrangelo, Richard J. Matrangelo vs. Gemini
Limousine LTD., Krystal Koach Inc. et al.
Superior Court Law Division Union County
Elizabeth, NJ
03JN0138 -- Plaintiff-Civil-trial

John A Terranova, the Administrator of the Estate of Nicholas Terranova v. New York State Trooper Raphael Torres,
New York State Trooper Aaron Riley and New York State Trooper Kevin Quintero
United States District Court Southern District of New York
New York, NY
07BA0077 -- Plaintiff-Civil-depo

Reverend Reginald Woodard and Pamela Woodard vs. Davol Inc., Washington Hospital Center Corp., John D. Butler,
Jr., M.D., and John Does, Agents and/or Employees, Inc., et al.
Superior Court of the District of Columbia
Washington, D.C.
07FE0321 -- Plaintiff-Civil-depo

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

Keith Phaneuf v. William Berselli, D/B/A, et al.
Superior Court – Judicial District of Tolland at Rockville
Lancaster, PA
04NE0157 – Plaintiff-Civil-depo

Michael Velez v. New York City Transit Authority
Supreme Court of the State of New York
County of Queens
Long Island City, NY
07BA0289 – Plaintiff-Civil-trial

Victor Guevara v. Michael Reichbach
Circuit Court for Montgomery County, Maryland
Lancaster, PA
08FE0022 – Plaintiff-Civil-depo

John Valentin v. County of Suffolk, et al
United States District Court
Eastern District of New York
Central Islip, NY
07BA0331 – Plaintiff-Civil-trial

David Haas and Lisa Haas v. Endeavor Mold and Design
Court of Common Pleas Philadelphia County
Philadelphia, PA
08PH0006 – Defense-Civil-trial

Keith Phaneuf v. William Berselli d/b/a Berselli Trucking, et al
Superior Court – Judicial District of Tolland at Rockville
Rockville, CT
04NE0157 – Plaintiff-Civil-trial

Michael Osborn, Sr., Michelle Osborn, Michael Osborn, Jr. and Ashley Osborn, by her Guardian AD Litem, Michael
Osborn v. Daimler Chrysler, Dodge Motor Company, Chrysler Motor Company, et als.
Superior Court of New Jersey – Law Division Essex County
Union, NJ
06BA0256 – Plaintiff-Civil-depo

Leland Garner v. Nationwide Insurance Company
Superior Court of California, County of Stanislaus
Harrisburg, PA
07FE0399 – Plaintiff-Civil-depo

Richard Hunt v. Mark Larbalestrier, Sean Ruff and John Does 1-10
Superior Court of New Jersey Law Division – Essex County
Harrisburg, PA
08JN0084 – Plaintiff-Civil-depo

Grace Barcliff as guardian ad litem for Craig Odom, and Grace Barcliff, individually; Craig Odom v. Bond Brothers;
Bond Brothers Transportation; Michael Bone; Gerald Brock; Nussbaum Sales Corp; Ford Motor Company
Superior Court of New Jersey Law Division – Middlesex County
Lancaster, PA
06BA0385 – Plaintiff-Civil-depo

2

# TESTIMONY
### JAMIE R. WILLIAMS, PH.D.

Emilio D'Ascanio et al. v. Toyota Industries Corp., et al.
Superior Court of J.D. of Hartford at Hartford
Lancaster, PA
04NE0175 – Plaintiff-Civil-depo

Calvin and Karen Timberlake v. Synthes Spine, Inc. and Synthes North America, Inc.
U.S. District Court for the Southern District of Texas – Victoria Division
Lancaster, PA
08FE0405 – Plaintiff-Civil-depo

John A Terranova, the Administrator of the Estate of Nicholas Terranova v. New York State Trooper Raphael Torres,
New York State Trooper Aaron Riley and New York State Trooper Kevin Quintero
United States District Court Southern District of New York
White Plains, NY
07BA0077 – Plaintiff-Civil-trial

Kelia Cengiz v. Yucel Cengiz, Duong D. Tran, PAC Automotive LLC and John Does 1-5
Superior Court of New Jersey Law Division – Monmouth County
Lancaster, PA
09JN0022 – Defense-Civil-depo

Jeanette C. Sarver, executor and Personal Representative of the Estate of Barry E. Sarver, Deceased v. B. Joseph
Prud'Homme, M.D., and Orthopedic Surgery of Virginia, Inc., et al.
Virginia, In the Circuit Court for the County of Montgomery
Ephrata, PA
07VA0015 – Plaintiff-Civil-depo

Edward J. Renauer, Sr., et al., v. Discovery Creek Children's Museum of Washington, Inc., et al.
United States District Court for the District of Maryland (Southern Division)
Baltimore, MD
07FE0138 – Plaintiff-Civil-depo

Carol Polak-Reid v. Nationwide Bowling Corp., Bowler City, et al.
Superior Court of New Jersey Law Division: Bergen County
Fort Lee, NJ
10JN0015 – Plaintiff-Civil-depo

Deidre Guilbault, a minor through her mother and next friend, Julie Guilbault v. Ronald P. Forget D/B/A Breezy Picnic
Grounds Waterslides
Superior Court Judicial District of Tolland at Rockville
Lancaster, PA
09CT0015 – Plaintiff-Civil-depo

Benjamin Jantzen v. Air Zone, Inc. (Delaware), Air Zone, Inc. (California), Bravo Sports, et al.
Circuit Court of Cook County, Illinois County Department, Law Division
Lancaster, PA
10LL0022 – Defendant-Civil-depo

Martha G. Schwarzkopf, Steve McCandlish and Sara McCandlish v. Ronald M. Kristensen, M.D., Benjamin T. Kerns,
P.A., Benjamin J. Hochhalter, P.A., Orthopedic Centers of Idaho, P.A., Biomet Inc., EBI, L.P, EBI Medical Systems,
Inc.
District Court of the Fourth Judicial District of the State of Idaho, In and For the County of Ada
Boise, ID
10FE0100 – Plaintiff-Civil-depo

3

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

Mandy Mensinger and Gary Mensinger, Parents and Natural Guardian of Connor Mensinger, a Minor v. Dorel Juvenile Group, Inc.
United States District Court for the Middle District of Pennsylvania
Lancaster, PA
10PH0070 – Plaintiff-Civil-depo

Steven Duff Madsen and Arlene Madsen v. Davol, Inc., C.R. Bard, Inc., Atrium Medical Corporation, et al.
Superior Court of the State of Arizona in and for the County of Maricopa
Lancaster, PA
10MY0018 – Plaintiff-Civil-depo

Cora L. Wandel v. Kevin Dockett & Sons Trucking, Inc., et al.
United States District Court for the District of Columbia
Washington, DC
10FE0016 – Plaintiff-Civil-trial

George Avirappattu and Jaya George as parents and natural guardians of Jacob George, a minor George Avirappattu and Jaya George in their own right v. Missionary Servants of the Most Holy Trinity, et al.
Superior Court of New Jersey Law Division – Somerset County
Lancaster, PA
11PH0018 – Plaintiff-Civil-depo

Virginia Schuster and Victor Schuster v. Congress Hall Hotel, Cape Resorts Group, et al.
United States District Court for the District of New Jersey
Lancaster, PA
10BA0117 – Defense-Civil-depo

Darlene C. Robinson v. Washington Metropolitan Area Transit Authority
United Stated District Court for the District of Columbia
Lancaster, PA
11FE0810 – Plaintiff-Civil-depo

Ricardo Casusol and Vilma Casusol v. Simone A. Frederick etc., et al
Superior Court of New Jersey Law Division: Bergen County
Teaneck, NJ
09JN0109 – Plaintiff-Civil-depo

Michael Brocato, et al. v. Hyndai Motor America
Circuit Court for Baltimore of the State of Maryland
Lancaster, PA
10FE0481 – Plaintiff-Civil-depo

McIntyre v. Antoine
Court of Common Pleas of Lackawanna County
Scranton, PA
10FE0473 – Plaintiff-Civil-arbitration

Ken Wilson v. United States of America c/o United States Attorney's Office and TFO Jason Player
United States District Court for the District of New Jersey
Lancaster, PA
11JN0109 – Defense-Civil-depo

Raymond Alvarado v. Festival Fun Parks, LLC., d/b/a/ Water Country
State of New Hampshire, Rockingham, Superior Court
Brentwood, NH
10NE0094 – Defense-Civil-trial

4

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

Darlene C. Robinson v. Washington Metropolitan Area Transit Authority
United Stated District Court for the District of Columbia
Washington DC
11FE0810 – Plaintiff-Civil-trial

William Luyke v. Mark Brinkley, Dean Trivisani, J&S Enterprises LLC, The Sports Factory, Wildcats Winter Team Mens Over 40 League, et als.
Superior Court of New Jersey Law Division: Bergen County
Lancaster, PA
10JN0182 – Plaintiff-Civil-depo

Rodney Hampton, Sr., et al. v Woodlawn Motor Coach, et al,
Circuit Court for Baltimore County, Maryland
Lancaster, PA
12FE0667 – Plaintiff-Civil-depo

Kelia Cengiz v. Yucel Cengiz, Duong D. Tran, PAC Automotive LLC and John Does 1-5
Superior Court of New Jersey Law Division – Monmouth County
Lancaster, PA
09JN0022 – Defense-Civil-trial

David Matthews v, Whitewater West Industries, LTD., HKS Inc. d/b/a HKS Architects, EDSA, Inc, f/k/a Edward D. Jones and Associates, Inc., Cloward H2O LLC f/k/a, Cloward & Associates, PC
In the United States District Court of the Southern District of Florida, Miami Division
Philadelphia, PA
12MY0019 – Plaintiff-Civil-depo

Erica Bernard v. Maria Elena's Enterprises, LLC d/b/a Master Parking, a Florida corporation, and Robert Morales, individually
Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, General Jurisdiction Division
Lancaster, PA
13SS0023 – Plaintiff – Civil – depo

Mary Jo Barnes v. Merck Sharp & Dohme Corp, et al.
Circuit Court of Montgomery County, Alabama
Lancaster, PA
13SS0027 – Plaintiff – Civil – depo

Mark Kresich v. City of Lake Station, Officer Wendell Hite, Officer Michael Smith, Officer John McDaniel and Officer Christopher Purser
United States District Court for the Northern District of Indiana, Hammond Division
Lancaster, PA
12LL0049 – Defense – Civil – depo

Sharon and Stephen Ehele v. Anthony J. Kwon, M.D., Novant Medical Group, Inc. d/b/a Total Spine Specialists, and Total Spine Specialists
State of North Carolina County of Mecklenburg General Court of Justice Superior Court Division
Lancaster, PA
12SC0050 – Plaintiff – Civil – depo

Matthew and Korrin Seavey v. Globus Medical, Inc., Mark A. Testaiuti, M.D., Costal Spine, P.C. and Fellowship Spine Surgery Center
In the United States District Court for the District of New Jersey
Lancaster, PA
12PH0138 – Plaintiff – Civil – depo

5

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

Mark Kresich v. City of Lake Station, Officer Wendell Hite, Officer Michael Smith, Officer John McDaniel and Officer Christopher Purser
United States District Court for the Northern District of Indiana, Hammond Division
Lancaster, PA
12LL0049 – Defense – Civil – hearing

Heeoon Han and Young Eun Lee, et al. v. Ford Motor Company
United States District Court for the Eastern District of Pennsylvania
Lancaster, PA
10PH0130 – Plaintiff – Civil - depo

Lucious S. Light v. Brabham Oil Company, Inc. dba E-Z Shop #23
Court of Common Pleas, State of South Carolina, County of Orangeburg
Lancaster, PA
13SC0099 – Plaintiff – Civil – depo

Don and Mindalyn Enlow v. Layne Kamalu, M.D., Kaysville Clinic, LLC., Jeneta Richardson, and Lumenis, Inc.
In the Second Judicial District Court, State of Utah, Davis County
Lancaster, PA
13RM0006 – Plaintiff – Civil – depo

Estate of Ronald Walsh v. 62 SGAC, Inc. d/b/a Incredible Events
In the Circuit Court of Madison County, State of Illinois
Lancaster, PA
14SS0080 – Plaintiff – Civil – depo

Emilio D'Ascanio v. Toyota Industries Corp.
Superior Court, Judicial District of Hartford
Hartford, CT
14CT0025 – Plaintiff – Civil – trial

Heeoon Han and Young Eun Lee, et al. v. Ford Motor Company
United States District Court for the Eastern District of Pennsylvania
Philadelphia, PA
10PH0130 – Plaintiff – Civil – trial

Burt Holt v. Amariid Ushe, Reliable Transport Services, LLC and Container Port Group, Inc.
In the Circuit Court for the County of Wayne, State of Michigan
Lancaster, PA
14MY0006 – Plaintiff – Civil – depo

John A. Cancelleri and Rosetta Cancelleri, His Wife, v. Ford Motor Company, et al.
In the Court of Common Pleas, Lackawanna County, State of Pennsylvania
Scranton, PA
11FE0436 – Plaintiff – Civil – trial

The People of the State of New York v. Troy A. Daggett
State of New York, County of Steuben, County Court
Bath, NY
13WN0022 – Defense – Criminal – trial

Glen Armstrong, Sr. v. BNSF Railway Company, et al.
United States District Court for the Northern District of Illinois
Lancaster, PA
14LL0084 – Plaintiff – Civil – depo

6

# TESTIMONY
## JAMIE R. WILLIAMS, PH.D.

The People of the State of New York v. Melissia Vincent
State of New York, Fulton County Court
Johnstown, NY
14AL0044 – Defense – Criminal – trial

Estate of Ronald Walsh v. 62 SGAC, Inc. d/b/a Incredible Events
In the Circuit Court of Madison County, State of Illinois
Edwardsville, IL
14SS0080 – Plaintiff – Civil – trial

Shirley Richardson v. Claudia Lipari, et al.
Superior Court of New Jersey Law Division, Burlington County
Lancaster, PA
14JS0089 – Plaintiff – Civil – depo

Aleia Shipman v. Alabama Janitorial Services, Inc., et al.
In the Circuit Court of Jefferson County, Alabama, Birmingham Division
Lancaster, PA
14SS0027 – Defense – Civil – depo

Mark Kresich v. City of Lake Station, Officer Wendell Hite, Officer Michael Smith, Officer John McDaniel and Officer
Christopher Purser
United States District Court for the Northern District of Indiana, Hammond Division
Hammond, IN
12LL0049 – Defense – Civil – trial

Richard and Jennifer Bidlake v. Gina Furco, R.N., Naresh Aeleti, P.T., Crouse Hospital, EBI, L.L.C., Frederick Lemley,
M.D. and Syracuse Orthopedic Specialists, P.C.
New York Supreme Court, City of Onondaga
Syracuse, NY
12WN0034 – Plaintiff – Civil – trial

Estate of Chad Fleager v. Pitt Ohio Express, LLC
In the Circuit Court of Cook County, Illinois
Lancaster, PA
13LL0002 – Plaintiff – Civil - depo

Burt Holt v. Amarild Ushe, Reliable Transport Services, LLC and Container Port Group, Inc.
In the Circuit Court for the County of Wayne, State of Michigan
Detroit, MI
14MY0006 – Plaintiff – Civil – trial

Estate of Christopher Zerby v. State of NJ, et al.
Superior Court of New Jersey, Mercer County
Lawrenceville, NJ
12JS0075 – Plaintiff – Civil - depo

Amanda Day v. Archdiocese of Philadelphia
In the Court of Common Pleas of Philadelphia County, PA
Philadelphia, PA
14PH0144 – Plaintiff – Civil - arbitration

7